IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
No. _____

| | |
|---|---|
| AVI & CO NY CORP., <br><br> Plaintiff, <br><br> v. <br><br> CHANNELADVISOR CORPORATION, <br><br> Defendant. | **NOTICE OF REMOVAL** <br> New York County <br> New York Supreme Court <br> Index No. 654396/2022 |

**TO: THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, defendant ChannelAdvisor Corporation removes this action from the Supreme Court of New York, New York County, where it was filed by plaintiff Avi & Co. NY Corp. ("Plaintiff") on 17 November 2022 and assigned Index No. 654396/2022, to the United States District Court for the Southern District of New York. In accordance with 28 U.S.C. § 1446(a), attached as Exhibit A is the Summons With Notice received by counsel for Defendant by email on 18 November 2022.

In support of removal, ChannelAdvisor states as follows:

### Nature of Plaintiff's Allegations

1. ChannelAdvisor is an e-commerce company that offers various services to thousands of companies that sell products through Amazon.com and other channels. ChannelAdvisor has thousands of customers, and its customers market multiple hundreds of different types of products for which ChannelAdvisor provides services.

2. Plaintiff generally alleges that ChannelAdvisor "failed to perform its agreement with Plaintiff." (Exhibit A, Summons and Notice, p. 2)

### Removal is Timely

3. The time within which ChannelAdvisor is permitted to file this notice of removal under 28 U.S.C. § 1446 has not expired as of the time of the filing and service of this notice of removal. Less than thirty days have passed since ChannelAdvisor received a copy of the summons or initial pleading setting forth the claim upon which this action is based. *See* 28 U.S.C. § 1446(b)(1).

4. Counsel for ChannelAdvisor received a copy of the Summons With Notice by email sent on 18 November 2022.

5. Counsel for ChannelAdvisor agreed to accept service of process on ChannelAdvisor's behalf on 29 November 2022.

### Diversity Jurisdiction Exists Under 28 U.S.C. § 1332(d)

6. Pursuant to 28 U.S.C. § 1332(a)(1), federal jurisdiction exists over this case because: (a) Plaintiff is a citizen of a State different from ChannelAdvisor and (b) the amount in controversy exceeds $75,0000, exclusive of interest and costs.

7. With respect to diversity, Plaintiff is a New York corporation with a principal place of business located in New York. (Exhibit A p. 2). ChannelAdvisor is a Delaware corporation with its principal place of business located in North Carolina.

8. Defendant contends that Plaintiff's claims are wholly without merit. However, setting aside Defendant's position and defenses as is required at this stage,

Plaintiff has asserted that it seeks to be awarded in excess of $500,000. (Exhibit A, Summons With Notice, p. 2)

## Venue for Removal is Proper

9. Removal to this district and division is proper because this is the district and division embracing the place where the action is pending. 28 U.S.C. §§ 1441(a).

## Notice Has Been Provided

10. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal is being properly given to the Plaintiff by mailing a copy to its attorney of record.

11. Further, pursuant to 28 U.S.C. § 1446(d), a notice of filing of this Notice of Removal to federal court is being filed promptly with the Clerk of the New York Supreme Court, New York County.

## Non-Waiver of Defenses

12. Nothing in this Notice of Removal should be interpreted as a waiver or relinquishment of ChannelAdvisor's rights to assert any denial, defense, or other affirmative matter in response to Plaintiff's allegations.

WHEREFORE, defendant ChannelAdvisor respectfully removes this action from the Supreme Court of New York, New York County, New York to this Court and requests that this Court assume jurisdiction over this action to proceed to final determination thereof. If any question arises as to the proprietary of the removal of this action, ChannelAdvisor respectfully requests the opportunity to present evidence and a brief in support of their position that this case is removable to federal court.

This the 15th day of December, 2022.

MORNINGSTAR LAW GROUP

/s/ Jeffrey L. Roether
Jeffrey L. Roether
jroether@morningstarlawgroup.com
700 West Main St.
Durham, NC 27701
Telephone: (919) 590-0368
Facsimile: (919) 882-8890

*Attorney for ChannelAdvisor Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Removal was this day served on counsel for Plaintiff by e-mail and by depositing a copy thereof in the United States mail, first class, postage pre-paid, addressed to the following counsel of record:

>Emanuel Kataev, Esq.
>Milman Labuda Law Group PLLC
>3000 Marcus Avenue, Suite 3W8
>Lake Success, NY 11042-1073
>emanuel@mllaborlaw.com
>
>*Attorney for the Plaintiff*

This the 15th day of December, 2022.

MORNINGSTAR LAW GROUP

 /s/ Jeffrey L. Roether
Jeffrey L. Roether
jroether@morningstarlawgroup.com
700 West Main St., Second Floor
Durham, NC  27701
Telephone: (919) 590-0368
Facsimile:  (919) 882-8890