FILED: NEW YORK COUNTY CLERK 11/17/2022 12:33 PM                INDEX NO. 654396/2022
NYSCEF DOC. NO. 1                                                RECEIVED NYSCEF: 11/17/2022

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

------------------------------------------------------------------------X

AVI & CO NY CORP.,                                     Index No.:

      **Plaintiff,**

  - against –                                      **SUMMONS WITH NOTICE**

**CHANNELADVISOR CORPORATION,**

      **Defendant.**

------------------------------------------------------------------------X

**TO THE CORPORATION NAMED AS DEFENDANT ABOVE:**

    **PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED** to appear in this action by serving a notice of appearance on the plaintiff at the address set forth below, and to do so within twenty (20) days after the service of this summons (not counting the day of service itself), or within thirty (30) days after service is complete if the summons is not delivered personally to you within the State of New York.

    **YOUR ARE HEREBY NOTIFIED THAT** should you fail to answer or appear, a judgment will be entered against you by default for the relief demanded below.

Dated: Lake Success, New York
       November 17, 2022

                          **MILMAN LABUDA LAW GROUP PLLC**

                  By:    */s/ Emanuel Kataev, Esq.*
                          Emanuel Kataev, Esq.
                          3000 Marcus Avenue, Suite 3W8
                          Lake Success, NY 11042-1073
                          (516) 328-8899 (office)
                          (516) 303-1395 (direct dial)
                          (516) 328-0082 (facsimile)
                          emanuel@mllaborlaw.com

                          *Attorneys for Plaintiff*

To:
**CHANNELADVISOR CORPORATION**
3025 Carrington Mill Boulevard
Suite 500
Morrisville, NC 27560-5440

*Defendant*

**NOTICE:**

The nature of this action is:

Breach of contract and unjust enrichment

The complained of acts include:

Defendant failed to perform under its agreement with Plaintiff, causing harm to Plaintiff's business and depriving Plaintiff of its expected benefit under the parties' agreement.

The relief sought is:

Compensatory damages, incidental damages, consequential damages, lost profits, punitive damages, attorneys' fees, costs, prejudgment interest, post-judgment interest, and all other remedies available under New York law.

Should defendant fail to appear herein, judgment will be entered by default for the sum of $500,000.00 in addition to lost profits to be determined at an inquest, with interest, and the costs of this action.

Venue:

Plaintiff designates New York County as the place of trial. The basis of this designation is:

Plaintiff's principal place of business is in New York County.