UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AVI & CO NY CORP.,

                                Case No.: 1:22-cv-10599 (PAE) (SLC)

                  Plaintiff,

                                **NOTICE OF APPEARANCE**

    -against-

CHANNELADVISOR CORPORATION,

                  Defendant.
-----------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that Emanuel Kataev, Esq. hereby appears as counsel for the

Plaintiff Avi & Co NY Corp. in the above captioned case. I certify that I am admitted to practice

in the United States District Court for the Southern District of New York.

Dated: Lake Success, New York
       December 16, 2022                  Respectfully submitted,

                                             **MILMAN LABUDA LAW GROUP PLLC**
                                             _____/s Emanuel Kataev, Esq._____
                                             Emanuel Kataev, Esq.
                                             3000 Marcus Avenue, Suite 3W8
                                             Lake Success, NY 11042-1073
                                             (516) 328-8899 (office)
                                             (516) 303-1395 (direct dial)
                                             (516) 328-0082 (facsimile)
                                             emanuel@mllaborlaw.com

                                             *Attorneys for Plaintiff*
                                             *Avi & Co NY Corp.*

| **VIA ECF** | **VIA ECF** |
|---|---|
| **MORNINGSTAR LAW GROUP** | **KOSTELANETZ LLP** |
| Attn: Jeffrey L. Roether | Attn: Claude M. Millman, Esq. |
| 700 West Main St. | Seven World Trade Center |
| Durham, NC 27701-2801 | 250 Greenwich Street, 34th Floor |
| (919) 590-0368 (office) | New York, NY 10007-0007 |
| (919) 882-8890 (facsimile) | (212) 808-8100 (office) |
| jroether@morningstarlawgroup.com | (212) 808-8108 (facsimile) |
| | cmillman@kflaw.com |
| *Attorneys for Defendant* | *Attorneys for Defendant* |
| *ChannelAdvisor Corporation* | *ChannelAdvisor Corporation* |