UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

Avi & Co NY Corp.,

Plaintiff(s)

- v -

ChannelAdvisor Corporation,

Defendant(s)
_____

**RULE 7.1 STATEMENT**

1:22-cv-10599 (PAE) (SLC)

Case Number

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

Plaintiff Avi & Co NY Corp.

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor. If there are no such corporations, the form shall so state.

N/A. There are no corporate affiliates, subsidiaries, and/or parent corporation and there are no public held corporations owning ten percent (10%) or more of the stock of Avi & Co NY Corp.

Part II

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

Artur Hiaeve is the sole shareholder of Plaintiff Avi & Co NY Corp, and he is resident of the State of New York.  Avi & Co NY Corp. is a domestic business corporation duly incorporated under the laws of the State of New York with its principal place of business within the State of New York

12/16/22
Date

/s/ Emanuel Kataev, Esq.
Signature of Attorney

EK9028 (federal) / 5154588 (NY)
Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).

Form Rule7_1.pdf  SDNY Web 12/2022