UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

AVI & CO NY CORP.,

                  Plaintiff,

Case No. 1:22-cv-10599-PAE

-against-

CHANNELADVISOR CORPORATION

                  Defendant.
-------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Jeffrey L. Roether**
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: JR0630     My State Bar Number is 4728762

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME: Morningstar Law Group
                  FIRM ADDRESS: 112 West Main Street, Suite 200, Durham, NC 27701
                  FIRM TELEPHONE NUMBER: (919) 590-0368
                  FIRM FAX NUMBER: (919) 882-8890

NEW FIRM:     FIRM NAME: Morningstar Law Group
                  FIRM ADDRESS: 700 West Main Street, Durham, NC 27701
                  FIRM TELEPHONE NUMBER: (919) 590-0368
                  FIRM FAX NUMBER: (919) 882-8890

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: December 19, 2022                   /s/ Jeffrey L. Roether
                                                               ATTORNEY'S SIGNATURE

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Change of Address was this day by filing the document electronically via the CM/ECF system, which will send notification of such filing to the following participants:

Emanual Kataev, Esq.
emanual@mllaborlaw.com

This the 19th day of December, 2022.

        MORNINGSTAR LAW GROUP

        /s/ Jeffrey L. Roether_____
        Attorneys for ChannelAdvisor Corporation