IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
No. 1:22-cv-10599-PAE

| | |
|---|---|
| AVI & CO NY CORP., <br><br> Plaintiff, <br><br> v. <br><br> CHANNELADVISOR CORPORATION, <br><br> Defendant. | AMENDED CORPORATE DISCLOSURE STATEMENT |

Pursuant to Rule 7.1(a)(1)(2)(A) of the Federal Rules of Civil Procedure, ChannelAdvisor Corporation states, through counsel, that (i) ChannelAdvisor Corporation is a Delaware corporation with its principal place of business in North Carolina; and (ii) there is no other individual or entity whose citizenship is attributed to ChannelAdvisor Corporation. ChannelAdvisor Corporation has a parent corporation (CommerceHub, Inc.), but its citizenship is not attributed to ChannelAdvisor Corporation.

This the 19th day of December, 2022.

MORNINGSTAR LAW GROUP

   /s/ *Jeffrey L. Roether*
Jeffrey L. Roether
jroether@morningstarlawgroup.com
700 West Main St.
Durham, NC  27701
Telephone: (919) 590-0368
Facsimile:  (919) 882-8890

*Attorney for ChannelAdvisor Corporation*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Amended Corporate Disclosure Statement was this day served by filing the document electronically via the CM/ECF system, which will send notification of such filing to the following participants:

>Emanuel Kataev, Esq.
>Milman Labuda Law Group PLLC
>3000 Marcus Avenue, Suite 3W8
>Lake Success, NY 11042-1073
>emanuel@mllaborlaw.com
>
>*Attorney for the Plaintiff*

This the 19th day of December, 2022.

MORNINGSTAR LAW GROUP

__/s/ *Jeffrey L. Roether*__
Jeffrey L. Roether
jroether@morningstarlawgroup.com
700 West Main St.
Durham, NC  27701
Telephone: (919) 590-0368
Facsimile:  (919) 882-8890