UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

AVI & CO NY CORP.,      :

     Plaintiff,    :

  -against-     :   Case No. 22-cv-10599 (PAE)

CHANNELADVISOR CORPORATION, :

     Defendant.   :

------------------------------------------------------------x

## DEFENDANT CHANNELADVISOR CORPORATION'S NOTICE OF MOTION TO TRANSFER VENUE

   Pursuant to 28 U.S.C. § 1404(a), defendant ChannelAdvisor Corporation hereby moves to transfer this action to the United States District Court for the Eastern District of North Carolina, Western Division, on the grounds that the parties agreed to the courts of Wake County, North Carolina as the exclusive jurisdiction for this action and that transfer is in the interests of justice. In support of this motion, ChannelAdvisor Corporation relies on its Memorandum of Law, the accompanying declarations of Richard Cornetta and Jeffrey L. Roether, and the pleadings and other papers filed in this action.

*[Signature Page Follows]*

Dated:  March 2, 2023                    Respectfully submitted,

MORNINGSTAR LAW GROUP


 /s/ Jeffrey L. Roether
Jeffrey L. Roether
jroether@morningstarlawgroup.com
700 W. Main St.
Durham, NC  27701
Telephone: (919) 590-0368
Facsimile:  (919) 882-8890

*Attorneys for Defendant ChannelAdvisor Corporation*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Defendant ChannelAdvisor Corporation's Notice of Motion to Transfer Venue and the accompanying Declarations of Richard Cornetta and Jeffrey L. Roether were this day served on all counsel of record via the Court's electronic filing system.

Dated: March 2, 2023.

MORNINGSTAR LAW GROUP

   /s/ *Jeffrey L. Roether*