UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
AVI & CO NY CORP.,                              :
             Plaintiff,             :
    -against-                                  :   Case No. 22-cv-10599
CHANNELADVISOR CORPORATION,       :
             Defendant.            :
-----------------------------------------------------------x

## DECLARATION OF RICHARD CORNETTA

I, Richard Cornetta, declare as follows:

1. My name is Richard Cornetta. I am over eighteen years of age. I am of sound mind, and I am fully competent to make this declaration. I have personal knowledge of the facts stated herein and such facts are true and correct.

2. I currently am the Chief Integration Officer for ChannelAdvisor Corporation ("ChannelAdvisor"). I have held that position since December 2022. I was Vice President of Finance and Chief Accounting Officer for ChannelAdvisor from November 2015 through May 2019, and then Chief Financial Officer for ChannelAdvisor from May 2019 to December 2022.

3. ChannelAdvisor is an e-commerce software-as-a-service company whose software platform facilitates retailers in marketing and selling their products through online platforms.

4. I am aware that Avi & Co NY Corp. ("Avi") is a former customer of ChannelAdvisor that filed a lawsuit against ChannelAdvisor after the end of its business relationship with ChannelAdvisor. I have reviewed the Complaint in the

case and understand that Avi seeks monetary damages from ChannelAdvisor based on its allegation that ChannelAdvisor's technology did not work as represented or agreed.

5. During my tenure at ChannelAdvisor, I have become familiar with the contract documents used by ChannelAdvisor with its customers. In addition, while serving as Chief Financial Officer, I frequently signed customer contracts on ChannelAdvisor's behalf and I was responsible for overseeing ChannelAdvisor's accounts receivable team, and therefore I was familiar generally with the then-current contracts between ChannelAdvisor and its customers, including Avi.

6. I am the person who signed the initial contact documentation between ChannelAdvisor and Avi on ChannelAdvisor's behalf.

7. On or about 29 January 2019, ChannelAdvisor and Avi signed a "Statement of Work for Digital Marketing" in which ChannelAdvisor agreed to manage the digital marketing module on ChannelAdvisor's platform on Avi's behalf. A true and correct copy of this document is attached hereto as Exhibit A.

8. On or about 29 January 2019, ChannelAdvisor and Avi signed a "Statement of Work for Managed Marketplaces" in which ChannelAdvisor agreed to manage the marketplaces module on ChannelAdvisor's platform on Avi's behalf. A true and correct copy of this document is attached hereto as Exhibit B.

9. ChannelAdvisor negotiated these Statements of Work from North Carolina, and I signed these Statements of Work through DocuSign from ChannelAdvisor's corporate campus in Wake County, North Carolina.

10. The Statements of Work signed by ChannelAdvisor and Avi on 29 January 2019 refer to a Master Services Agreement posted on ChannelAdvisor's website.

11. A true and correct copy of the Master Services Agreement that was available at http://www.channeladvisor.com/terms in January 2019 is attached hereto as <u>Exhibit C</u>. This version of the Master Services Agreement was available on ChannelAdvisor's website without modification from January 2019 until it was amended on or about 12 February 2019.

12. A true and correct copy of the amended version of the Master Services Agreement that first was posted to ChannelAdvisor's website on or about 12 February 2019 at http://www.channeladvisor.com/terms is attached as <u>Exhibit D</u>. This version of the Master Services Agreement was available on ChannelAdvisor's website from February 2019 through the end of the ChannelAdvisor's business relationship with Avi.

13. ChannelAdvisor's stores customer contracts in an electronic contract management platform in the ordinary course of its business. ChannelAdvisor's regular business practice is to upload customer contract documents to that contract management platform shortly after the contract is signed. I have reviewed the contents of ChannelAdvisor's contract management platform and have determined that ChannelAdvisor and Avi signed three contract amendments during their business relationship.

3

Case 5:23-cv-00255-BO-BM    Document 14    Filed 03/02/23    Page 3 of 7

14. On or about 5 March 2020, ChannelAdvisor and Avi signed a document titled Amendment 1 to Statement of Work Between Avi & Co NY Corp., and ChannelAdvisor Corporation, which amended the Statement of Work attached as Exhibit B. A true and correct copy of that document is attached as Exhibit E.

15. On or about 9 April 2020, ChannelAdvisor and Avi signed a document titled Amendment 2 to Statement of Work Between Avi & Co NY Corp., and ChannelAdvisor Corporation, which amended the Statement of Work attached as Exhibit B. A true and correct copy of that document is attached as Exhibit F.

16. On or about 23 July 2020, ChannelAdvisor and Avi signed a document titled Amendment 3 to Statement of Work Between Avi & Co NY Corp., and ChannelAdvisor Corporation, which amended the Statement of Work attached as Exhibit B. A true and correct copy of that document is attached as Exhibit G.

17. ChannelAdvisor considers its customer pricing terms to be confidential and takes reasonable measures in the ordinary course of its business to protect the confidentiality of those pricing terms. However, its contract documents with Avi reflect pricing no longer in effect, and therefore those documents need not be sealed or otherwise protected from public disclosure to maintain the confidentiality of ChannelAdvisor's pricing with its current customers.

18. From 2019 to the present, the marketplace module and digital marketing management services provided by ChannelAdvisor to its United States customers, including Avi, have been performed by ChannelAdvisor employees assigned to work at ChannelAdvisor's corporate campus in Wake County, North

Carolina. Therefore, if Avi is correct that ChannelAdvisor breached its contract by providing deficient services (which ChannelAdvisor denies), then that breach would have occurred through actions or omissions that took place in Wake County, North Carolina.

19. As a general matter, the ChannelAdvisor employees who can address the performance, functionality, and design of ChannelAdvisor's software platforms, including the digital marketing and managed marketplaces modules, work at ChannelAdvisor's corporate campus in Wake County, North Carolina.

20. ChannelAdvisor has investigated which of its employees primarily were responsible for performing its contractual obligations to Avi to identify the potential witnesses in this action. My understanding is that there is no dispute over the source of ChannelAdvisor's contractual obligation to Avi, and therefore the factual dispute between the parties relates entirely to whether ChannelAdvisor adequately provided the services it agreed to perform. At this early stage of the case, it appears that Bryan Slagle, Heather Engard, and Patrick Bui are most likely to be potential ChannelAdvisor key witnesses in this dispute.

21. Bryan Slagle is an Executive Account Manager for ChannelAdvisor and served as the main point of contact between ChannelAdvisor and Avi. Mr. Slagle therefore can provide testimony regarding the communications between Avi and ChannelAdvisor during their contractual relationship. From 2021 to the present, Mr. Slagle has lived in North Carolina and has been assigned to ChannelAdvisor's corporate campus in Wake County, North Carolina.

22. Heather Engard is a Senior Director of Managed Services for ChannelAdvisor and generally is responsible for ChannelAdvisor's provision of the managed marketplaces and digital marketing services of the type that ChannelAdvisor agreed to provide to Avi. Ms. Engard therefore can provide testimony regarding the functionality of ChannelAdvisor's technology and the manner in which ChannelAdvisor provides these services to its customers. From 2021 to the present, Ms. Engard has lived in North Carolina and has been assigned to ChannelAdvisor's corporate campus in Wake County, North Carolina.

23. Patrick Bui is a Client Strategy Manager for ChannelAdvisor. Mr. Bui is the person who primarily was responsible for performing the service functions that ChannelAdvisor agreed to provide to Avi. Mr. Bui therefore can provide testimony regarding the functionality of ChannelAdvisor's technology, the services he provided to Avi on ChannelAdvisor's behalf, and the quality of the service which ChannelAdvisor provided to Avi during their contractual relationship. Mr. Bui lived in North Carolina and was assigned to ChannelAdvisor's corporate campus in Wake County, North Carolina during the events and circumstances that gave rise to this action. Mr. Bui remains employed by ChannelAdvisor, but recently has relocated to the State of Nevada.

I declare under penalty of perjury that the foregoing is true and correct. Executed this the 27 day of February, 2023 in Las Vegas, Nevada.

Richard Cornetta