# EXHIBIT A

## To Declaration of Richard Cornetta

DocuSign Envelope ID: 2E40F970-A2AD-45A6-89E5-EDC4F83FFAE0



## Statement of Work for Digital Marketing

THIS STATEMENT OF WORK (this "**Statement of Work**" or "**SOW**") is made and entered this January 29, 2019 (the "**SOW Effective Date**") by and between ChannelAdvisor Corporation, a Delaware corporation, with offices at 3025 Carrington Mill Boulevard, Suite 500, Morrisville, NC 27560 ("**ChannelAdvisor**"), and Avi & Co NY Corp., a company formed under the laws of NY, having its principal place of business at 15 West 47th St., Suite 200, New York, NY 10036 US ("**Customer**") and shall be incorporated into the Master Services Agreement ("**MSA**") agreed to amongst the parties found at http://www.channeladvisor.com/terms. By signing below, Customer acknowledges and agrees that it has read the MSA and agrees to be fully bound to its terms. Words in initial capital letters not defined herein shall have the meaning set forth in the MSA. In consideration of the mutual covenants and conditions contained in this SOW, and intending to be legally bound hereby, the parties mutually agree as follows:

**1. Services.** Subject to the terms of the Agreement, ChannelAdvisor shall manage the Digital Marketing Module of the ChannelAdvisor Platform on Customer's behalf. The "Digital Marketing Module" means the Module further described at http://www.channeladvisor.com/terms/digitalmarketing. The features and functionality previously offered separately through the Comparison Shopping Module, the Flex Feed Module, the Paid Search Module, and the Social Module are now integrated into a single Digital Marketing Module, and any reference to any of those Modules in the MSA now refers to the Digital Marketing Module. ChannelAdvisor will provide the Managed Digital Marketing Services as stated at www.channeladvisor.com/terms/manageddigitalmarketing (the "Services"), the terms of which are incorporated herein by reference. The categories identified below define the scope of the Services.

- **a. Domain/URL.** This SOW indicates service for 1 Domain/ URL: *https://aviandco.com/*
- **b. Network Site(s) and Feeds.** ChannelAdvisor will provide the following designated Services for the third-party supported Network Sites and/or Feeds identified below:

| Network Site(s) and/or Feeds/ Geography(s)* | Services Included |
|---|---|
| Google/United States | Feed Management<br>Campaign Management: Search Engine Marketing Services<br>Campaign Management: Product Listing Ads |
| Bing/United States | Feed Management<br>Campaign Management: Search Engine Marketing Services<br>Campaign Management: Product Listing Ads |
| For two (2) Feeds destinations (Chrono24 and Magento) | Feed Management |

* "Geography" means a specific country in which Customer does business.

- **c. SKUs**. ChannelAdvisor will assist Customer with the set-up and configuration of up to 250,000 active SKUs (i.e., those designating at least one available item for purchase). "**SKU**" refers to a unique product offered for sale by Customer.
- **d. "Feeds**" means the features and functionality of the ChannelAdvisor Platform that allow product data feeds to be developed, managed, and sent to various online destinations. Additional Feeds may be added via written amendment and subject to additional fees.

**2. License Grants.** Subject to the MSA terms and conditions, ChannelAdvisor grants to Customer, at no cost, a non-exclusive, non-transferable, revocable license, without the right to sublicense, to access and use the ChannelAdvisor Platform Report to track transaction and digital marketing data as part of the Services. "**ChannelAdvisor Platform Report**" means the reporting functionality of the ChannelAdvisor Platform, and any modifications or updates. Customer grants to ChannelAdvisor all rights (to the extent it can) necessary for ChannelAdvisor to perform Services on behalf of Customer, including but not limited to, the right to order advertising placements on the applicable Network Sites.

**3. Term.** This SOW shall be effective as of the SOW Effective Date and shall continue for a noncancellable twelve (12) month period ("**Initial Term**"). Thereafter, this SOW will renew automatically at the end of the Initial Term for successive one-year periods ("Renewal Term(s)") unless either party gives written notice to the other party at least thirty (30) days prior to the expiration of the applicable Term, that it does not wish to auto-renew the SOW. The Initial Term and any Renewal Term(s) are referred to collectively herein as "Term." Renewal of this SOW or extension of the then-current Term shall constitute acceptance of the MSA and Services description as of the renewal or extension effective date, together with any new or




changed terms. Customer shall review the MSA and Services description at the time of the renewal or extension for any changes or additions.

**4. Fees.** Customer agrees to pay the following Fees in accordance with the terms of the MSA.

**a. Monthly Ad Spend Fee.** Customer shall pay the Monthly Ad Spend Fee* based on the following chart (Ad Spend resets to $0 every month):

| For the Ad Spend in the following tiers: | The rate applied for calculating the Monthly Ad Spend Fee for each Ad Spend tier is as follows: |
|---|---|
| For the first **$25,000.00** in Ad Spend | **0.00 %** |
| For the remaining Ad Spend in excess of **$25,000.00** | **12.50 %** |

* "Ad Spend" means the total amount of CPC (cost per click) Fees Customer spends on the Network Site(s) associated with the Digital Marketing Module. The amount of the Monthly Ad Spend Fee is calculated and invoiced at the end of the calendar month in which it was accrued. First, the amount of Ad Spend is identified. Then the Ad Spend amount is used to determine the applicable Monthly Ad Spend Fee (using the table method).

**AND**

**b. Service Fee.** Beginning on the SOW Effective Date, Customer shall pay an upfront nonrefundable monthly Service Fee in the amount of **$4,100.00**.

**c. Additional Fees.** All additional Services beyond the scope of work detailed herein including but not limited to, adding additional IDs to a Network Site, changing Geographies of the Network Sites Customer chooses to post to, or adding additional Network Sites, shall be as mutually agreed upon by the parties and are subject to additional fees.

**5. General:** Amendments to this SOW are governed by the MSA and must be in writing and executed by the parties. This SOW (as incorporated under the MSA) and any associated SOWs referenced herein constitute the entire agreement between the parties with respect to the subject matter of this SOW and supersede any and all prior or collateral agreements with respect to the subject matter hereof. This SOW is accepted and agreed by the parties as of the SOW Effective Date. The individuals signing below represent they have authority to bind the named parties to this SOW.

| **ChannelAdvisor Corporation** | **Avi & Co NY Corp** |
|---|---|
| By (Signature): DocuSigned by: Richard Cornetta 3FD733498E3348B... | By (Signature): DocuSigned by: Joe Cohen 8CC194E85E3944F... |
| Name (Printed): Richard Cornetta | Name (Printed): Joe Cohen |
| Job Title: Chief Accounting Officer | Job Title: Director of Operations |
| Date: January 29, 2019 | Date: January 29, 2019 |
| | Email: joe@aviandco.com |

SAR.b 2019 0129