# EXHIBIT B
# To Declaration of Richard Cornetta

DocuSign Envelope ID: 2E40F970-A2AD-45A6-89E5-EDC4F83FFAE0



**Statement of Work for Managed Marketplaces**

THIS STATEMENT OF WORK (this "**Statement of Work**" or "**SOW**") is made and entered this <u>January 29, 2019</u> (the "**SOW Effective Date**") by and between ChannelAdvisor Corporation, a Delaware corporation, with offices at 3025 Carrington Mill Boulevard, Suite 500, Morrisville, NC 27560  ("**ChannelAdvisor**"), and Avi & Co NY Corp., a company formed under the laws of NY, having its principal place of business at 15 West 47th St., Suite 200, New York, NY 10036 US ("**Customer**") and shall be incorporated into the Master Services Agreement ("**MSA**") agreed to amongst the parties found at http://www.channeladvisor.com/terms. By signing below, Customer acknowledges and agrees that it has read the MSA and agrees to be fully bound to its terms. Words in initial capital letters not defined herein shall have the meaning set forth in the MSA.  In consideration of the mutual covenants and conditions contained in this SOW, and intending to be legally bound hereby, the parties mutually agree as follows:

**1.  Services.** Subject to the terms of the Agreement, ChannelAdvisor shall manage the Marketplaces Module of the ChannelAdvisor Platform on Customer's behalf. The "**Marketplaces Module**" means the Module further described at http://www.channeladvisor.com/terms/marketplaces. The Marketplaces Module was previously referred to as "Premium Marketplaces," and any reference to Premium Marketplaces now refers to the Marketplaces Module.  ChannelAdvisor will provide these services as stated at http://www.channeladvisor.com/terms/managedmarketplaces (the "**Services**"), the terms of which are incorporated herein by reference. The categories identified in the chart below define the scope of the Services.

| Scope | |
|---|---|
| **Meeting Frequency** | **Total SKUs*** |
| Weekly | 250,000 active SKUs |
| **Network Site(s)** | **Geography****  |
| Amazon | US (United States) |
| eBay | US (United States) |
| Sears | US (United States) |
| Walmart | US (United States) |

\* "SKU" refers to a unique product offered for sale by Customer. ChannelAdvisor will assist Customer with the set-up and configuration of up to 250,000 active SKUs (i.e., those designating at least one available item for purchase).
\*\* "Geography" means a specific country in which Customer does business.

**2. License Grant.**  Subject to the terms of the MSA, ChannelAdvisor grants to Customer, at no cost, a non-exclusive, non-assignable, non-transferable, revocable license, without the right to sublicense, to access and use the ChannelAdvisor Platform Report to track transaction and marketplaces data as part of the Services. "**ChannelAdvisor Platform Report**" means the reporting functionality of the ChannelAdvisor Platform, and any modifications or updates thereto.

**3. Term.** This SOW shall be effective as of the SOW Effective Date and shall continue for a noncancellable twelve (12) month period ("**Initial Term**"). Thereafter, this SOW will renew automatically at the end of the Initial Term for successive one-year periods ("Renewal Term(s)") unless either party gives written notice to the other party at least thirty (30) days prior to the expiration of the applicable Term, that it does not wish to auto-renew the SOW. The Initial Term and any Renewal Term(s) are referred to collectively herein as "Term." Renewal of this SOW or extension of the then-current Term shall constitute acceptance of the MSA and Services description as of the renewal or extension effective date, together with any new or changed terms. Customer shall review the MSA and Services description at the time of the renewal or extension for any changes or additions.

**4. Fees.** Customer agrees to pay the following Fees in accordance with the terms of the MSA.

  a. **Monthly GMV Fee**. The amount of GMV arising from the purchase of Customer's merchandise through Network Sites in a certain month shall be calculated at the close of the calendar month in which it accrued, and then aggregated with GMV accrued year-to-date for the then-current Term. At the end of such month, if the cumulative GMV amount accrued for the then-current Term exceeds **$5,000,000.00**, Customer shall pay an additional monthly Service Fee of



$2,000.00 per month (including the month in which the GMV exceeded $5,000,000.00) for the remainder of the then-current Term. At the beginning of each twelve (12) month period of the Term, the GMV will reset to $0.00.

**AND**

b. **Service Fee.** Beginning on the SOW Effective Date, Customer shall pay an upfront nonrefundable monthly Service Fee in the amount of **$8,475.00**.

c. **Additional Fees.** All additional Services beyond the scope of work detailed herein including but not limited to, adding additional IDs to a Network Site, changing Geographies of the Network Sites Customer chooses to post to, or adding additional Network Sites, shall be as mutually agreed upon by the parties and are subject to additional fees.

**5. General:** Amendments to this SOW are governed by the MSA and must be in writing and executed by the parties. This SOW (as incorporated under the MSA) and any associated SOWs referenced herein constitute the entire agreement between the parties with respect to the subject matter of this SOW and supersede any and all prior or collateral agreements with respect to the subject matter hereof. This SOW is accepted and agreed by the parties as of the SOW Effective Date. The individuals signing below represent they have authority to bind the named parties to this SOW.

| **ChannelAdvisor Corporation** | **Avi & Co NY Corp** |
|---|---|
| By (Signature): *Richard Cornetta* (DocuSigned by: 3FD733498E3348B...) | By (Signature): *Joe Cohen* (DocuSigned by: 8CC194E85E3944F...) |
| Name (Printed): Richard Cornetta | Name (Printed): Joe Cohen |
| Job Title: Chief Accounting Officer | Job Title: Director of Operations |
| Date: January 29, 2019 | Date: January 29, 2019 |
| | Email: joe@aviandco.com |

SAR.a 2019 0124