# EXHIBIT E
## To Declaration of Richard Cornetta

DocuSign Envelope ID: A4CB703B-657E-43DE-A731-100DCBE4B224



**AMENDMENT 1 TO THE STATEMENT OF WORK
BETWEEN AVI & CO. NY CORP.,
AND CHANNELADVISOR CORPORATION**

THIS AMENDMENT 1 ("Amendment") is made and entered into as of January 29, 2020 (the "Amendment Date") by and between ChannelAdvisor Corporation, a Delaware corporation, with offices at 3025 Carrington Mill Boulevard, Suite 500, Morrisville, NC 27560 ("ChannelAdvisor"), and Avi & Co. NY Corp., a company formed under the laws of United States, having its principal place of business at 15 West 47th St. Suite 200, New York, 10036 US ("Customer"). This Amendment is made a part of the SOW for Managed Marketplaces entered into by and between the Customer and ChannelAdvisor on January 29, 2019 (which together with all prior addenda is referred to as the "SOW"). The parties entered into the SOW and now have a desire to amend certain provisions of the SOW. In consideration of the mutual covenants and conditions contained herein, and intending to be legally bound hereby, the parties mutually agree as follows:

**1. Services.** As of the Amendment Date, the chart referenced in Section 1 of the SOW shall be deleted in its entirety and replaced with the following chart:

| Scope | |
|---|---|
| **Meeting Frequency** | **Total SKUs*** |
| Weekly | 250,000 active SKUs |
| **Network Site(s)** | **Geography****  |
| Amazon | US (United States) |
| eBay | US (United States) |
| Google Shopping Actions | US (United States) |
| Walmart | US (United States) |

\* "SKU" refers to a unique product offered for sale by Customer. ChannelAdvisor will assist Customer with the set-up and configuration of up to 250,000 active SKUs (i.e., those designating at least one available item for purchase).
\*\* "Geography" means a specific country in which Customer does business.

**2. Conflict of Terms**. In the event the terms in this Amendment conflict with any term in the SOW, the terms of this Amendment will rule. Any terms in capital letters not defined in this Amendment shall have the meaning as set forth in the SOW.

**3. Entire Agreement.** The SOW as modified by this Amendment constitutes the entire agreement between the parties relating to its subject matter and supersedes any and all prior or collateral negotiations, proposals, agreements and understandings, whether oral or written, relating to the subject matter of this Agreement; provided, however, that the SOW, as modified by this Amendment, remains in full force and effect. Any representation, warranty, course of dealing or trade usage not expressly contained or reference in this Agreement shall not be binding. The parties' execution of this Amendment shall constitute acknowledgement and acceptance of the terms of the MSA, together with any new or changed terms, for the remainder of the then-current term.

ChannelAdvisor Confidential
C007 v.3 – 11SEP19
© ChannelAdvisor Corporation
All Rights Reserved

DocuSign Envelope ID: A4CB703B-657E-43DE-A731-100DCBE4B224



IN WITNESS WHEREOF, the parties have caused their duly authorized representative to enter into this Amendment as of the Amendment Date set forth above.

| **ChannelAdvisor Corporation** | **Avi & Co. NY Corp.** |
|---|---|
| By (Signature): *Paul Colucci* (DocuSigned by: 9582B0D3108047F...) | By (Signature): *Joe Cohen* (DocuSigned by: 8CC194E85E3944F...) |
| Name (Printed): Paul Colucci | Name (Printed): Joe Cohen |
| Job Title: VP, NA Sales and Global BD | Job Title: Director of Operations |
| Date: March 5, 2020 | Date: March 5, 2020 |
|  | Email: joe@Aviandco.com |