# EXHIBIT G

## To Declaration of Richard Cornetta

DocuSign Envelope ID: D13CB116-59F2-4AA0-834F-11086F11A9F5



**AMENDMENT 3 TO THE STATEMENT OF WORK
BETWEEN AVI & CO. NY CORP.,
AND CHANNELADVISOR CORPORATION**

July 23, 2020

THIS AMENDMENT 3 ("Amendment") is made and entered into as of _____ (the "Amendment Date") by and between ChannelAdvisor Corporation, a Delaware corporation, with offices at 3025 Carrington Mill Boulevard, Suite 500, Morrisville, NC 27560 ("ChannelAdvisor"), and Avi & Co. NY Corp., a company formed under the laws of United States, having its principal place of business at 15 West 47th St. Suite 200, New York, 10036 US ("Customer"). This Amendment is made a part of the SOW for Managed Marketplaces entered into by and between the Customer and ChannelAdvisor on January 29, 2019 (which together with all prior addenda is referred to as the "SOW"). The parties entered into the SOW and now have a desire to amend certain provisions of the SOW. In consideration of the mutual covenants and conditions contained herein, and intending to be legally bound hereby, the parties mutually agree as follows:

1. **Services.** As of the Amendment Date, Section 1 of the SOW shall be deleted in its entirety and replaced with the following:

    "**1. Managed Services.**
    a. **Managed Marketplaces.** Subject to the terms of the Agreement, ChannelAdvisor shall manage the Marketplaces Module of the ChannelAdvisor Platform on Customer's behalf. The "**Marketplaces Module**" means the Module further described at http://www.channeladvisor.com/terms/marketplaces. The Marketplaces Module was previously referred to as "Premium Marketplaces," and any reference to Premium Marketplaces now refers to the Marketplaces Module. ChannelAdvisor will provide these services as stated at http://www.channeladvisor.com/terms/managedmarketplaces (the "**Services**"), the terms of which are incorporated herein by reference. The categories identified in the chart below define the scope of the Services.

    | Scope | |
    |---|---|
    | **Meeting Frequency** | **Total SKUs*** |
    | Weekly | 250,000 active SKUs |
    | **Network Site(s)** | **Geography**** |
    | Amazon | US (United States) |
    | eBay | US (United States) |
    | Google Shopping Actions | US (United States) |

    \* "SKU" refers to a unique product offered for sale by Customer. ChannelAdvisor will assist Customer with the set-up and configuration of up to 250,000 active SKUs (i.e., those designating at least one available item for purchase).
    \*\* "Geography" means a specific country in which Customer does business.

    b. **Managed Digital Marketing.** Subject to the terms of the Agreement, ChannelAdvisor shall manage the Digital Marketing Module of the ChannelAdvisor Platform on Customer's behalf. The "Digital Marketing Module" means the Module further described at http://www.channeladvisor.com/terms/digitalmarketing. The features and functionality previously offered separately through the Comparison Shopping Module, the Flex Feed Module, the Paid Search Module, and the Social Module are now integrated into a single Digital Marketing Module, and any reference to any of those Modules in the MSA now refers to the Digital Marketing Module. ChannelAdvisor will provide the Managed Digital Marketing Services as stated at http://www.channeladvisor.com/terms/manageddigitalmarketing (the "Services"), the terms of which are incorporated herein by reference. The categories identified below define the scope of the Services.
      i. **Domain/URL.** This SOW indicates service for the following Domain(s)/URL(s): *Avi & Co*
      ii. **Network Site(s) and Feeds.** ChannelAdvisor will provide the following designated Services for the third-party supported Network Sites and/or Feeds identified below:

ChannelAdvisor Confidential
C007 v.3 – 11SEP19
© ChannelAdvisor Corporation
All Rights Reserved

DocuSign Envelope ID: D13CB116-59F2-4AA0-834F-11086F11A9F5



| Network Site(s) and/or Feeds/ Geography(s)* | Services Included |
|---|---|
| For up to a total of two (2) Feeds to Facebook and Instagram | Product Feed Management - Assist |

"

**2. Conflict of Terms.** In the event the terms in this Amendment conflict with any term in the SOW, the terms of this Amendment will rule. Any terms in capital letters not defined in this Amendment shall have the meaning as set forth in the SOW.

**3. Entire Agreement.** The SOW as modified by this Amendment constitutes the entire agreement between the parties relating to its subject matter and supersedes any and all prior or collateral negotiations, proposals, agreements and understandings, whether oral or written, relating to the subject matter of this Agreement; provided, however, that the SOW, as modified by this Amendment, remains in full force and effect. Any representation, warranty, course of dealing or trade usage not expressly contained or reference in this Agreement shall not be binding. The parties' execution of this Amendment shall constitute acknowledgement and acceptance of the terms of the MSA, together with any new or changed terms, for the remainder of the then-current term.

IN WITNESS WHEREOF, the parties have caused their duly authorized representative to enter into this Amendment as of the Amendment Date set forth above.

| **ChannelAdvisor Corporation** | **Avi & Co. NY Corp.** |
|---|---|
| By (Signature) *Paul Colucci* | By (Signature): *Joe Cohen* |
| Name (Printed): Paul Colucci | Name (Printed): Joe Cohen |
| Job Title: VP, Global Sales and BD | Job Title: Director of Operations |
| Date: July 23, 2020 | Date: July 23, 2020 |
| | Email: joe@aviandco.com |

RKP.b 2020 0716