UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
AVI & CO NY CORP., :

        Plaintiff, :

  -against- : Case No. 22-cv-10599 (PAE)

CHANNELADVISOR CORPORATION, :

        Defendant. :

-----------------------------------------------------------x

## DECLARATION OF JEFFREY L. ROETHER
## IN SUPPORT OF MOTION TO TRANSFER VENUE

I, Jeffrey L. Roether, declare as follows:

1. My name is Jeffrey L. Roether. I am an attorney admitted to practice law in the State of New York and the State of North Carolina. I am a partner at the law firm Morningstar Law Group, which represents ChannelAdvisor Corporation in this matter.

2. On 28 February 2023, I visited the website for the United States District Court for the Eastern District of North Carolina at nced.uscourts.gov. Attached as Exhibit A is a true and correct copy of the "County List" section of that website, which can be accessed at nced.uscourts.gov/counties/default.aspx, as of 28 February 2023.

3. On 1 March 2023, I visited the website for the Federal Judiciary that is maintained by the Administrative Office of the United States Courts at uscourts.gov. Attached as Exhibit B is a true and correct copy of the "Current Judicial Vacancies" section of that website, which can be accessed at uscourts.gov/judges-judgeships/judicial-vacancies/current-judicial-vacancies, as of 1 March 2023.

I declare under penalty of perjury that the foregoing is true and correct. Executed this the 1st day of March, 2023 in Durham, North Carolina.

_____
Jeffrey L. Roether

2

Case 5:23-cv-00255-BO-BM    Document 15    Filed 03/02/23    Page 2 of 2