# EXHIBIT A
## To Declaration of Jeffrey L. Roether



**VISITOR INFORMATION**: Mobile devices and weapons are not permitted in the courthouse. Please bring a photo ID.

- Accessibility Accommodations
- County List
- Court Schedule
- Court Reporter
- Employment
- Feedback
- Forms
- Judges ▾
- Latest News
- Media
- POWER Act Program – 2020
- Privacy Policy
- Record Request
- Rules/Standing Orders ▾
- Self Representation
- Site Map
- Your Employee Rights and How to Report Wrongful Conduct

**COUNTY LIST**

The following map and table list all counties the United States District Court for the Eastern District of North Carolina represent.



### Northern Division

- Bertie
- Camden
- Chowan
- Currituck
- Dare
- Gates
- Hertford
- Northampton
- Pasquotank

### Eastern Division

- Beaufort
- Carteret
- Craven
- Edgecombe
- Greene
- Halifax
- Hyde
- Jones
- Lenoir

- Perquimans
- Tyrrell
- Washington

- Martin
- Pamlico
- Pitt

## Western Division

- Cumberland
- Franklin
- Granville
- Harnett
- Johnston
- Nash
- Vance
- Wake
- Wayne
- Warren
- Wilson

## Southern Division

- Bladen
- Brunswick
- Columbus
- Duplin
- New Hanover
- Onslow
- Pender
- Robeson
- Sampson