# EXHIBIT B
## To Declaration of Jeffrey L. Roether

# Current Judicial Vacancies

*This table contains a listing of current judicial vacancies by court. The name of the incumbent, the reason for the vacancy, the vacancy date, the nominee (if applicable), and the nomination date.*

Vacancies in the Federal Judiciary

118th Congress

Last updated on 03/01/2023

Total Vacancies: 86

Total Nominees Pending: 42

| Court | Incumbent | Vacancy Reason | Vacancy Date | Nominee | Nomination Date |
|---|---|---|---|---|---|
| 01 - CCA | Howard,Jeffrey R. | Senior | 03/31/2022 | Delaney,Michael Arthur | 01/31/2023 |
| 01 - CCA | Lynch,Sandra L. | Senior | 12/31/2022 | Rikelman,Julie | 01/03/2023 |
| 01 - MA | Hillman,Timothy S. | Senior | 07/01/2022 | Guzman,Margaret R. | 01/03/2023 |
| 01 - MA | O'Toole Jr.,George A. | Senior | 01/01/2018 | Joun,Myong J. | 01/23/2023 |
| 01 - MA | Young,William G. | Senior | 07/01/2021 | Kobick,Julia E. | 01/23/2023 |
| 02 - CT | Underhill,Stefan R. | Senior | 11/01/2022 | | |
| 02 - CT | Merriam,Sarah A. L. | Elevated | 09/15/2022 | | |
| 02 - NY-E | Bianco,Joseph F. | Elevated | 05/08/2019 | Choudhury,Nusrat Jahan | 01/03/2023 |
| 02 - NY-E | Kuntz II,William Francis | Senior | 01/01/2022 | Merchant,Orelia Eleta | 01/23/2023 |
| 02 - NY-E | | New Position* | 02/01/2021 | Merle,Natasha C. | 01/03/2023 |
| 02 - NY-E | Matsumoto,Kiyo A. | Senior | 07/23/2022 | Reyes Jr.,Ramon Ernesto | 01/23/2023 |
| 02 - NY-S | McMahon,Colleen | Senior | 04/10/2021 | Clarke,Jessica G. L. | 01/03/2023 |
| 02 - NY-S | Forrest,Katherine B. | Resigned | 09/11/2018 | Ho,Dale E. | 01/03/2023 |
| 02 - NY-S | Nathan,Alison J. | Elevated | 03/23/2022 | Subramanian,Arun | 01/23/2023 |
| 03 - NJ | Hillman,Noel Lawrence | Senior | 04/04/2022 | Farbiarz,Michael | 01/03/2023 |
| 03 - NJ | Wolfson,Freda L. | Retired | 02/01/2023 | Kirsch,Robert | 01/03/2023 |
| 03 - PA-E | Rufe,Cynthia M. | Senior | 12/31/2021 | | |
| 03 - PA-M | Mariani,Robert D. | Senior | 09/30/2022 | | |

Case 5:23-cv-00255-BO-BM    Document 15-2    Filed 03/02/23    Page 2 of 5

| Court | Incumbent | Vacancy Reason | Vacancy Date | Nominee | Nomination Date |
|---|---|---|---|---|---|
| 03 - PA-M | Jones III,John E. | Retired | 08/01/2021 | | |
| 04 - CCA | Motz,Diana Gribbon | Senior | 09/30/2022 | | |
| 04 - MD | Hazel,George Jarrod | Resigned | 02/24/2023 | | |
| 04 - MD | Grimm,Paul W. | Senior | 12/11/2022 | | |
| 04 - SC | Childs,J. Michelle | Elevated | 07/19/2022 | | |
| 04 - VA-E | Jackson,Raymond Alvin | Senior | 11/23/2021 | Walker,Jamar K. | 01/03/2023 |
| 04 - VA-W | Jones,James P. | Senior | 08/30/2021 | Ballou,Robert Stewart | 01/23/2023 |
| 05 - CCA | Costa,Gregg Jeffrey | Resigned | 08/31/2022 | | |
| 05 - LA-E | Barbier,Carl J. | Senior | 01/01/2023 | | |
| 05 - LA-E | Feldman,Martin L. C. | Deceased | 01/26/2022 | | |
| 05 - LA-W | Foote,Elizabeth E. | Senior | 01/21/2022 | | |
| 05 - LA-W | Juneau,Michael Joseph | Senior | 02/01/2022 | | |
| 05 - MS-N | Mills,Michael P. | Senior | 11/01/2021 | Colom,Scott Winston | 01/23/2023 |
| 05 - TX-S | Hughes,Lynn N. | Senior | 02/12/2023 | | |
| 05 - TX-S | Gilmore,Vanessa D. | Retired | 01/02/2022 | | |
| 05 - TX-W | Montalvo,Frank | Senior | 12/01/2022 | | |
| 05 - TX-W | Martinez,Philip R. | Deceased | 02/26/2021 | | |
| 06 - CCA | Cole Jr.,Ransey Guy | Senior | 01/09/2023 | Bloomekatz,Rachel | 01/03/2023 |
| 06 - MI-E | Davis,Stephanie Dawkins | Elevated | 05/24/2022 | | |
| 06 - MI-E | Drain,Gershwin A. | Senior | 08/13/2022 | | |
| 06 - MI-E | Hood,Denise Page | Senior | 05/01/2022 | Grey,Jonathan James Canada | 01/23/2023 |
| 06 - TN-W | Fowlkes Jr.,John Thomas | Senior | 09/01/2022 | | |
| 07 - CCA | Kanne,Michael S. | Deceased | 06/16/2022 | | |
| 07 - IL-N | Feinerman,Gary | Resigned | 12/31/2022 | | |
| 07 - IL-N | | New Position* | 12/05/2022 | Cummings,Jeffrey Irvine | 01/31/2023 |
| 07 - IL-N | Norgle Sr.,Charles R. | Senior | 10/04/2022 | Hunt,LaShonda A. | 01/31/2023 |

Case 5:23-cv-00255-BO-BM     Document 15-2     Filed 03/02/23     Page 3 of 5

| Court | Incumbent | Vacancy Reason | Vacancy Date | Nominee | Nomination Date |
|---|---|---|---|---|---|
| 07 - IN-N | Springmann,Theresa Lazar | Senior | 01/23/2021 | | |
| 07 - WI-E | Griesbach,William C. | Senior | 12/31/2019 | | |
| 08 - AR-W | Holmes III,Paul Kinloch | Senior | 11/10/2021 | | |
| 08 - MO-E | Sippel,Rodney W. | Senior | 01/28/2023 | | |
| 08 - NE | Gerrard,John M. | Senior | 02/06/2023 | | |
| 08 - SD | Viken,Jeffrey L. | Senior | 10/01/2021 | | |
| 09 - AK | Burgess,Timothy | Senior | 12/31/2021 | | |
| 09 - CA-C | Kronstadt,John A. | Senior | 04/01/2022 | Almadani,Monica Ramirez | 01/23/2023 |
| 09 - CA-C | Phillips,Virginia Anne | Senior | 02/14/2022 | Hsu,Wesley L. | 01/23/2023 |
| 09 - CA-C | O'Connell,Beverly Reid | Deceased | 10/08/2017 | Kato,Kenly Kiya | 01/03/2023 |
| 09 - CA-C | Morrow,Margaret M. | Senior | 10/29/2015 | Vera,Hernan D. | 01/03/2023 |
| 09 - CA-N | Chen,Edward M. | Senior | 05/17/2022 | Lin,Rita F. | 01/23/2023 |
| 09 - CA-N | White,Jeffrey Steven | Senior | 02/01/2021 | Martinez-Olguin,Araceli | 01/03/2023 |
| 09 - CA-N | Koh,Lucy H. | Elevated | 12/13/2021 | Pitts,P. Casey | 01/23/2023 |
| 09 - CA-S | Hayes,William Q. | Senior | 08/01/2021 | Gaston,Marian F. | 01/23/2023 |
| 09 - CA-S | Burns,Larry A. | Senior | 01/22/2021 | Schopler,Andrew G. | 01/23/2023 |
| 09 - CA-S | Battaglia,Anthony J. | Senior | 03/31/2021 | Simmons Jr.,James Edward | 01/23/2023 |
| 09 - ID | Winmill,B. Lynn | Senior | 08/16/2021 | Brailsford,Amanda K. | 01/31/2023 |
| 09 - WA-E | Mendoza Jr.,Salvador | Elevated | 09/12/2022 | Bjelkengren,Charnelle | 01/23/2023 |
| 09 - WA-W | Settle,Benjamin Hale | Senior | 01/01/2020 | Cartwright,Tiffany M. | 01/03/2023 |
| 09 - WA-W | Martinez,Ricardo S. | Senior | 09/05/2022 | Evanson,Kymberly Kathryn | 01/23/2023 |
| 09 - WA-W | Jones,Richard A. | Senior | 09/05/2022 | Whitehead,Jamal N. | 01/03/2023 |
| 10 - CCA | Briscoe,Mary Beck | Senior | 03/15/2021 | | |
| 10 - CO | Martinez,William Joseph | Senior | 02/10/2023 | Gallagher,Gordon P. | 01/23/2023 |
| 10 - KS | Robinson,Julie A. | Senior | 01/14/2022 | Wamble,Jabari Brooks | 02/27/2023 |
| 10 - OK-N | Eagan,Claire V. | Senior | 10/01/2022 | | |

| Court | Incumbent | Vacancy Reason | Vacancy Date | Nominee | Nomination Date |
|---|---|---|---|---|---|
| 10 - OK-N | Dowdell,John E. | Senior | 06/21/2021 | | |
| 10 - UT | Nuffer,David O. | Senior | 04/02/2022 | | |
| 10 - WY | Freudenthal,Nancy D. | Senior | 06/01/2022 | | |
| 11 - AL-M | Brasher,Andrew Lynn | Elevated | 02/11/2020 | | |
| 11 - AL-N | Kallon,Abdul K. | Resigned | 08/31/2022 | | |
| 11 - CCA | Martin,Beverly B. | Retired | 09/30/2021 | Abudu,Nancy G. | 01/03/2023 |
| 11 - FL-M | Dalton Jr.,Roy Bale | Senior | 07/09/2022 | | |
| 11 - FL-S | Ungaro,Ursula | Senior | 05/02/2021 | | |
| 11 - FL-S | Moreno,Federico A. | Senior | 07/17/2020 | | |
| 11 - FL-S | Cooke,Marcia G. | Senior | 07/15/2022 | | |
| CL | Griggsby,Lydia Kay | Elevated | 06/16/2021 | | |
| CL | Braden,Susan G. | Senior | 07/13/2018 | Silfen,Molly R. | 02/27/2023 |
| DC - CCA | Rogers,Judith W. | Senior | 09/01/2022 | Garcia,Bradley N. | 01/03/2023 |
| DC - DC | Pan,Florence Y. | Elevated | 09/20/2022 | Edelman,Todd E. | 01/23/2023 |
| IT | Stanceu,Timothy C. | Senior | 04/05/2021 | | |
| IT | Gordon,Leo M. | Senior | 03/22/2019 | | |

Total Vacancies: 86

Total Nominees Pending: 42

*This is an additional position per 28 U.S.C. §133(b). For the position in NY-E, Judge Roslynn R. Mauskopf has been appointed as Director of the Administrative Office of the U.S. Courts. For the position in IL-N, Judge Robert M. Dow, Jr., has been appointed as Counselor to the Chief Justice.