UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AVI & CO NY CORP,

                              Plaintiff,

-v-

CHANNELADVISOR CORPORATION,

                              Defendant.

22 Civ. 10599 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On March 2, 2023, defendant filed a motion to transfer venue under 28 U.S.C. § 1404(a), Dkt. 13, and a memorandum of law, Dkt. 16, and declarations, Dkts. 14–15, in support. The Court orders plaintiff to file a response by March 23, 2023. Defendant's reply, if any, is due March 29, 2023.

SO ORDERED.

                                              *Paul A. Engelmayer*
                                              PAUL A. ENGELMAYER
                                              United States District Judge

Dated: March 9, 2023
       New York, New York