**MILMAN LABUDA LAW GROUP PLLC**
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

April 11, 2023

**VIA ECF & FEDERAL EXPRESS**
United States District Court
Southern District of New York
<u>Attn</u>: Hon. Paul A. Engelmayer, U.S.D.J.
40 Foley Square, Courtroom 1305
New York, NY 10007-1312

    *Re:*    **Avi & Co NY Corp. v. ChannelAdvisor Corp.**
            **Case No.: 1:22-cv-10599 (PAE) (SLC)**
            <u>**MLLG File No.: 174-2022_____**</u>

Dear Judge Engelmayer:

       This firm represents the Plaintiff in the above-referenced case. Plaintiff writes pursuant to ¶ 3(E) of this Court's Individual Rules and Practices in Civil Cases to submit two (2) courtesy copies of Plaintiff's memorandum of law and declaration in opposition to Defendants' motions to transfer venue and to dismiss for failure to state a claim upon which relief can be granted. Plaintiff thanks this honorable Court for its time and attention to this case.

Dated:  Lake Success, New York
        April 11, 2023                      Respectfully submitted,
                                        **MILMAN LABUDA LAW GROUP PLLC**
                                        _____/s_____
                                        Emanuel Kataev, Esq.
                                        3000 Marcus Avenue, Suite 3W8
                                        Lake Success, NY 11042-1073
                                        (516) 328-8899 (office)
                                        (516) 303-1395 (direct dial)
                                        (516) 328-0082 (facsimile)
                                        emanuel@mllaborlaw.com

Enclosures.
                                        *Attorneys for Plaintiff*
                                        *Avi & Co NY Corp.*

**VIA ECF**
**MORNINGSTAR LAW GROUP**
<u>Attn</u>: Jeffrey L. Roether
700 West Main St.
Durham, NC 27701-2801
(919) 590-0368 (office)
(919) 882-8890 (facsimile)
jroether@morningstarlawgroup.com

*Attorneys for Defendant*
*ChannelAdvisor Corporation*