# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:22−cv−10599−PAE

Avi & Co NY Corp v. Channeladvisor Corporation  
Assigned to: Judge Paul A. Engelmayer  
Cause: 28:1332 Diversity Action  

Date Filed: 12/15/2022  
Date Terminated: 05/05/2023  
Jury Demand: None  
Nature of Suit: 190 Contract: Other  
Jurisdiction: Diversity  

**Plaintiff**

**Avi & Co NY Corp**     represented by **Emanuel Kataev**  
Milman Labuda Law Group, PLLC  
3000 Marcus Avenue  
Suite 3W8  
New Hyde Park, NY 11042  
516−328−8899  
Fax: 516−328−0082  
Email: emanuel@mllaborlaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

V.

**Defendant**

**Channeladvisor Corporation**     represented by **Jeffrey Lawrence Roether**  
Morningstar Law Group  
700 W Main  
Durham, NC 27701  
919−590−0368  
Email: jroether@morningstarlawgroup.com  
*ATTORNEY TO BE NOTICED*  

| Date Filed | # | Docket Text |
|---|---|---|
| 12/15/2022 | Ï 1 | NOTICE OF REMOVAL from Civil Court, County of New York. Case Number: 654396/2022. (Filing Fee $ 402.00, Receipt Number ANYSDC−27093012).Document filed by Channeladvisor Corporation. (Attachments: # 1 Exhibit Exhibit A to Notice of Removal).(Roether, Jeffrey) (Entered: 12/15/2022) |
| 12/15/2022 | Ï 2 | CIVIL COVER SHEET filed..(Roether, Jeffrey) (Entered: 12/15/2022) |
| 12/15/2022 | Ï 3 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Channeladvisor Corporation..(Roether, Jeffrey) (Entered: 12/15/2022) |
| 12/16/2022 | Ï | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge Paul A. Engelmayer. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district−judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at |

| | | |
|---|---|---|
| | | https://nysd.uscourts.gov/rules/ecf–related–instructions..(pc) (Entered: 12/16/2022) |
| 12/16/2022 | Ï | Magistrate Judge Sarah L. Cave is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (pc) (Entered: 12/16/2022) |
| 12/16/2022 | Ï | Case Designated ECF. (pc) (Entered: 12/16/2022) |
| 12/16/2022 | Ï | ***NOTICE TO ATTORNEY REGARDING CIVIL. CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Jeffrey Lawrence Roether. The following case opening statistical information was erroneously selected/entered: Cause of Action code 15:294; Citizenship Plaintiff code 1 (Citizen of This State); Citizenship Defendant code 2 (Citizen of Another State); County code New York; Fee Status code due (due);. The following correction(s) have been made to your case entry: the Cause of Action code has been modified to 28:1332; the Citizenship Plaintiff code has been modified to 4 (Incorporated/Principal Place of Business–This State); the Citizenship Defendant code has been modified to 5 (Incorporated/Principal Place of Business–Other State); the County code has been modified to XX Out of State; the Fee Status code has been modified to pd (paid);. (pc) (Entered: 12/16/2022) |
| 12/16/2022 | Ï | ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Jeffrey Lawrence Roether. The party information for the following party/parties has been modified: Channeladvisor Corporation, Avi & Co NY Corp. The information for the party/parties has been modified for the following reason/reasons: party role was entered incorrectly;. (pc) (Entered: 12/16/2022) |
| 12/16/2022 | Ï 4 | NOTICE OF APPEARANCE by Emanuel Kataev on behalf of Avi & Co NY Corp..(Kataev, Emanuel) (Entered: 12/16/2022) |
| 12/16/2022 | Ï 5 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Avi & Co NY Corp..(Kataev, Emanuel) (Entered: 12/16/2022) |
| 12/16/2022 | Ï 6 | NOTICE OF INITIAL PRETRIAL CONFERENCE: Initial Conference set for 2/13/2023 at 2:00 PM before Judge Paul A. Engelmayer. This conference will be held telephonically. The parties should call into the Court's dedicated conference line at (888) 363–4749, and enter Access Code 468–4906, followed by the pound (#) key. (Signed by Judge Paul A. Engelmayer on 12/16/2022) (vfr) (Entered: 12/16/2022) |
| 12/16/2022 | Ï 7 | FILING ERROR – WRONG PDF FILE ASSOCIATED WITH DOCKET ENTRY – RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent CommerceHub, Inc. for Channeladvisor Corporation. Document filed by Channeladvisor Corporation..(Roether, Jeffrey) Modified on 12/16/2022 (lb). (Entered: 12/16/2022) |
| 12/16/2022 | Ï | ***NOTICE TO ATTORNEY REGARDING DEFICIENT RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Notice to Attorney Jeffrey Lawrence Roether to RE–FILE Document No. 7 Rule 7.1 Corporate Disclosure Statement,. The filing is deficient for the following reason(s): the PDF attached to the docket entry for the corporate disclosure statement is not correct; The PDF does not list any corporate parent/other affiliate;. Re–file the document using the event type Rule 7.1 Corporate Disclosure Statement found under the event list Other Documents – select the correct filer/filers – attach the correct signed PDF – when prompted with the message "Are there any corporate parents or other affiliates?", select the Yes radio button – enter the corporate parent/other affiliate, click the Search button – select the correct corporate parent/other affiliate name from the search results list or if no person found, create a new corporate parent/other affiliate – select the party to whom the corporate parent/other affiliate should be linked – add corporate parent/other affiliate names one at a time. (lb) (Entered: 12/16/2022) |

| | | |
|---|---|---|
| 12/19/2022 | Ï 8 | NOTICE OF CHANGE OF ADDRESS by Jeffrey Lawrence Roether on behalf of Channeladvisor Corporation. New Address: Morningstar Law Group, 700 West Main Street, Durham, North Carolina, United States 27705, 9195900368..(Roether, Jeffrey) (Entered: 12/19/2022) |
| 12/19/2022 | Ï 9 | AMENDED RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent CommerceHub, Inc. for Channeladvisor Corporation. Document filed by Channeladvisor Corporation..(Roether, Jeffrey) (Entered: 12/19/2022) |
| 12/21/2022 | Ï 10 | LETTER MOTION for Extension of Time to File Answer addressed to Judge Paul A. Engelmayer from Jeffrey L. Roether dated 12/21/2022. Document filed by Channeladvisor Corporation..(Roether, Jeffrey) (Entered: 12/21/2022) |
| 12/21/2022 | Ï 11 | ORDER granting 10 Letter Motion for Extension of Time to Answer re 10 LETTER MOTION for Extension of Time to File Answer addressed to Judge Paul A. Engelmayer from Jeffrey L. Roether dated 12/21/2022.. Granted. Plaintiffs amended complaint is due January 31, 2023. ChannelAdvisor's response, including any motion to transfer venue, is due March 2, 2023. In light of this revised schedule, the initial conference scheduled for February 13, 2023, Dkt. 6, is adjourned. The Court wishes counsel a happy holiday season and new year. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 12/21/2022) (tg) (Entered: 12/21/2022) |
| 12/21/2022 | Ï | Set/Reset Deadlines: ( Amended Pleadings due by 1/31/2023., Motions due by 3/2/2023.) (tg) (Entered: 12/21/2022) |
| 01/31/2023 | Ï 12 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU** COMPLAINT against Channeladvisor Corporation. Document filed by Avi & Co NY Corp..(Kataev, Emanuel) Modified on 2/1/2023 (sj). (Entered: 01/31/2023) |
| 02/01/2023 | Ï | ***NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Emanuel Kataev to RE–FILE Document No. 12 Complaint. The filing is deficient for the following reason(s): the wrong event type was used to file the pleading. Re–file the pleading using the event type Amended Complaint found under the event list Complaints and Other Initiating Documents – attach the correct signed PDF – select the individually named filer/filers – select the individually named party/parties the pleading is against. (sj)** (Entered: 02/01/2023) |
| 03/02/2023 | Ï 13 | MOTION to Transfer Case . Document filed by Channeladvisor Corporation..(Roether, Jeffrey) (Entered: 03/02/2023) |
| 03/02/2023 | Ï 14 | DECLARATION of Richard Cornetta in Support re: 13 MOTION to Transfer Case .. Document filed by Channeladvisor Corporation. (Attachments: # 1 Exhibit A – Statement of Work for Digital Marketing, # 2 Exhibit B – Statement of Work for Managed Marketplaces, # 3 Exhibit C – Master Services Agreement, # 4 Exhibit D – Master Services Agreement, # 5 Exhibit E – Amendment 1 to Statement of Work, # 6 Exhibit F – Amendment 2 to Statement of Work, # 7 Exhibit G – Amendment 3 to Statement of Work).(Roether, Jeffrey) (Entered: 03/02/2023) |
| 03/02/2023 | Ï 15 | DECLARATION of Jeffrey L. Roether in Support re: 13 MOTION to Transfer Case .. Document filed by Channeladvisor Corporation. (Attachments: # 1 Exhibit A – EDNC County List, # 2 Exhibit B – Current Judicial Vacancies).(Roether, Jeffrey) (Entered: 03/02/2023) |
| 03/02/2023 | Ï 16 | MEMORANDUM OF LAW in Support re: 13 MOTION to Transfer Case . . Document filed by Channeladvisor Corporation..(Roether, Jeffrey) (Entered: 03/02/2023) |
| 03/02/2023 | Ï 17 | MOTION to Dismiss . Document filed by Channeladvisor Corporation..(Roether, Jeffrey) (Entered: 03/02/2023) |
| 03/02/2023 | Ï 18 | MEMORANDUM OF LAW in Support re: 17 MOTION to Dismiss . . Document filed by Channeladvisor Corporation..(Roether, Jeffrey) (Entered: 03/02/2023) |

| 03/09/2023 | Ï 19 | ORDER: On March 2, 2023, defendant filed a motion to transfer venue under 28 U.S.C. § 1404(a), Dkt. 13, and a memorandum of law, Dkt. 16, and declarations, Dkts. 14–15, in support. The Court orders plaintiff to file a response by March 23, 2023. Defendant's reply, if any, is due March 29, 2023. SO ORDERED., ( Responses due by 3/23/2023, Replies due by 3/29/2023.) (Signed by Judge Paul A. Engelmayer on 3/09/2023) (ama) (Entered: 03/09/2023) |
|---|---|---|
| 03/29/2023 | Ï 20 | **Vacated as per Judge's Order dated 3/30/2023, Doc. #22** ORDER granting 13 Motion to Transfer Case. For the foregoing reasons–and because "a valid forum−selection clause [should be] given controlling weight in all but the most exceptional cases," Atl. Marine, 571 U.S. at 63 (alteration in original) (citation omitted), and Avi has not made any showing, let alone met its burden, that exceptional circumstances exist here−Channeladvisor's motion to transfer venue pursuant to 28 U.S.C. § 1404 is granted. The Clerk of Court is respectfully directed to terminate the motion at docket 13 and transfer this case to the Eastern District of North Carolina, Western Division. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 3/30/23) (yv) Transmission to Office of the Clerk of Court for processing. Modified on 3/30/2023 (rro). (Entered: 03/30/2023) |
| 03/30/2023 | Ï 21 | LETTER MOTION for Extension of Time to File *opposition and reply papers to Defendant's motion* addressed to Judge Paul A. Engelmayer from Emanuel Kataev, Esq. dated March 30, 2023. Document filed by Avi & Co NY Corp..(Kataev, Emanuel) (Entered: 03/30/2023) |
| 03/30/2023 | Ï 22 | ORDER granting 21 Letter Motion for Extension of Time to File. The Court has received plaintiff's request for an extension, The Court is dismayed by plaintiff's failure to meet its deadline to respond to the motion to transfer. The Court will permit plaintiff to be heard, but, in light of plaintiffs failure to request an extension before the deadline had passed, is prepared to grant only a limited extension. Plaintiff's opposition to the motion to transfer is due April 6, 2023. Defendant's reply, if any, is due April 13. The Court respectfully directs the Clerk of the Court to vacate the order at docket 20 and reopen the motion to transfer at docket 13. The Court will retain this case, pending the completion of briefing and its renewed resolution of the motion to transfer.. (Signed by Judge Paul A. Engelmayer on 3/30/2023) (rro) (Entered: 03/30/2023) |
| 03/30/2023 | Ï | Set/Reset Deadlines: Responses due by 4/6/2023 Replies due by 4/13/2023. (rro) (Entered: 03/30/2023) |
| 04/06/2023 | Ï 23 | MEMORANDUM OF LAW in Opposition re: 13 MOTION to Transfer Case ., 17 MOTION to Dismiss . . Document filed by Avi & Co NY Corp..(Kataev, Emanuel) (Entered: 04/06/2023) |
| 04/06/2023 | Ï 24 | DECLARATION of Karen Ali in Opposition re: 13 MOTION to Transfer Case .. Document filed by Avi & Co NY Corp..(Kataev, Emanuel) (Entered: 04/06/2023) |
| 04/10/2023 | Ï 25 | REPLY MEMORANDUM OF LAW in Support re: 13 MOTION to Transfer Case . . Document filed by Channeladvisor Corporation..(Roether, Jeffrey) (Entered: 04/10/2023) |
| 04/11/2023 | Ï 26 | LETTER addressed to Judge Paul A. Engelmayer from Emanuel Kataev, Esq. dated April 11, 2023 re: courtesy copies of Plaintiff's memorandum of law & declaration in opposition to Defendant's motion to transfer venue and to dismiss for failure to state a claim upon which relief can be granted pursuant to 3(E) of this Court's Individual Rules and Practices in Civil Cases. Document filed by Avi & Co NY Corp..(Kataev, Emanuel) (Entered: 04/11/2023) |
| 04/13/2023 | Ï 27 | LETTER MOTION for Extension of Time to File Response/Reply as to 17 MOTION to Dismiss . addressed to Judge Paul A. Engelmayer from Jeffrey L. Roether dated April 13, 2023. Document filed by Channeladvisor Corporation..(Roether, Jeffrey) (Entered: 04/13/2023) |
| 04/13/2023 | Ï 28 | ORDER granting 27 Letter Motion for Extension of Time to File Response/Reply re 27 LETTER MOTION for Extension of Time to File Response/Reply as to 17 MOTION to Dismiss . addressed to Judge Paul A. Engelmayer from Jeffrey L. Roether dated April 13, 2023. Granted. Channel Advisor's reply is due April 20, 2023. SO ORDERED. United States Replies due by 4/20/2023.. (Signed by Judge Paul A. Engelmayer on 4/13/2023) (rro) (Entered: 04/13/2023) |

| | | |
|---|---|---|
| 04/20/2023 | Ï 29 | REPLY MEMORANDUM OF LAW in Support re: 17 MOTION to Dismiss . . Document filed by Channeladvisor Corporation..(Roether, Jeffrey) (Entered: 04/20/2023) |
| 05/05/2023 | Ï 30 | OPINION AND ORDER: re: 13 MOTION to Transfer Case filed by Channeladvisor Corporation, 17 MOTION to Dismiss filed by Channeladvisor Corporation. "[A] valid forum–selection clause should be given controlling weight in all but the most exceptional cases." At/. Marine Constr. Co., 571 U.S. at 63 (alteration and citation omitted). For the foregoing reasons, and because A vi has not met its burden to show exceptional circumstances here, Channel Advisor's motion to transfer venue pursuant to 28 U.S.C. § 1404, at docket 13, is granted. The Clerk of Court is respectfully directed to terminate all pending motions and transfer this case to the Eastern District of North Carolina, Western Division. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 5/05/2023) (ama) Transmission to Office of the Clerk of Court for processing. (Entered: 05/05/2023) |
| 05/05/2023 | Ï | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court – District of Eastern District of North Carolina.(rro) (Entered: 05/12/2023) |