# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| AVI & CO NY CORP,<br>*Plaintiff*<br>v.<br>CHANNELADVISOR CORPORATION<br>*Defendant* | Case No. 5:23-CV-00255-M |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, ChannelAdvisor Coporation.

Date:   05/12/2023

/s/ Shannon R. Joseph
*Attorney's signature*

Shannon R. Joseph, NC Bar #22144
*Printed name and bar number*

Morningstar Law Group
421 Fayetteville Street, Suite 530
Raleigh, NC 24601
*Address*

sjoseph@morningstarlawgroup.com
*E-mail address*

(919) 590-0370
*Telephone number*

(919) 882-8890
*FAX number*

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I served the foregoing Appearance of Counsel via United States First Class mail on all counsel of record as follows:

> Emanuel Kataev
> MILMAN LABUDA LAW GROUP PLLC
> 3000 Marcus Avenue, Suite 3W8
> Lake Success, NY 11042, NY 11042-1073
> emanuel@mllaborlaw.com
>
> *Attorneys for Plaintiff*

This the 12th day of May, 2023.

                                               **MORNINGSTAR LAW GROUP**

                                               /s/ Shannon R. Joseph
                                               Shannon R. Joseph