IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-cv-00255-M-BM

| AVI & CO NY CORP, | ) |
| :--- | :--- |
| Plaintiff(s), | ) ) ) ) ) |
| v. | ) **SUPPLEMENTAL REMOVAL COVER** |
| | ) **SHEET** |
| CHANNELADVISOR CORPORATION | ) ) ) |
| Defendant(s). | ) ) |

The removing party must complete this Supplemental Removal Cover Sheet and comply with Local Civil Rule 5.3. Attach separate sheets as necessary to provide complete responses.

## Section A—Plaintiffs

List the full name of each plaintiff from the state court action and indicate whether the plaintiff is pending (i.e., in case currently), dismissed, or otherwise terminated at the time of removal. If dismissed or terminated, indicate the date of dismissal/termination

| Full Name of Plaintiff | Pending at time of removal – Yes/No? | Dismissed or terminated? Yes/No? | Date of Dismissal or Termination |
| :--- | :--- | :--- | :--- |
| AVI & CO NY CORP. | Yes | No | |
| | | | |
| | | | |
| | | | |
| | | | |

## Section B—Defendants

List the full name of each defendant from the state court action and indicate whether the defendant is pending, dismissed or otherwise terminated at the time of removal. If dismissed or terminated, indicate the date of dismissal/termination. If known, indicate if and when each defendant was served with process and whether the defendant joins in the removal.

| Full Name of Defendant | Pending at time of removal? Yes/No? | Dismissed or terminated? Yes/No? (If yes, state date of termination) | Has defendant been served with process? Yes/No/Unknown? | If served with process, date of service? | Does the defendant join in removal? Yes/No? |
|---|---|---|---|---|---|
| ChannelAdvisor Corporation | Yes | No | Yes | 11/29/22 | Yes |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

## Section C—Removal pursuant to 28 U.S.C. § 1442(d)(1)

Is only part of the state court action being removed pursuant to 28 U.S.C. § 1442(d)(1)?
Yes ☐    No ☑

If "Yes," specify what portion of the state court action is being removed, and then proceed to the signature page. If "No," proceed to Section D.

_____

_____

_____

2

## Section D—Pending State Court Motions as of Date of Removal

Is there currently a temporary restraining order or preliminary injunction in place in this action from state court? Yes ☐   No ☑

List every known motion pending at the time of removal. Indicate the name of the filer, the date of filing, whether the motion has a supporting memorandum, and whether the motion is time sensitive, such as a motion for preliminary injunction.

| Title of Pending Motion | Name of Filer | Date of Filing | Memorandum-- Yes/No? | Time sensitive? Yes/No? |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## Section E—Scheduled State Court Hearings as of Date of Removal

| Date and Time of Hearing | Hearing Type | Assigned State Court Judge |
|---|---|---|
| N/A |  |  |
|  |  |  |
|  |  |  |

Date: May 25, 2023                    /s/ Jeffrey L. Roether
                                      Signature of Attorney for Removing Party or
                                      Unrepresented Removing Party

                                      Printed Name Jeffrey L. Roether

                                      Law Firm Morningstar Law Group

                                      Address 700 W. Main Street

                                      Durham, NC 27701

                                      Telephone Number (919) 590-0368

                                      Fax Number (919) 882-8890

                                      Email Address: jroether@morningstarlawgroup.com

                                      State Bar No. 48229

4

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Supplemental Removal Cover Sheet was this day served by depositing it in the United States mail, first class, postage pre-paid, addressed to the following counsel of record:

Emanuel Kataev
Milman Labuda Law Group PLLC
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
emanuel@mllaborlaw.com

*Attorney for the Plaintiff*

This the 25th day of May, 2023.

MORNINGSTAR LAW GROUP

/s/ Jeffrey L. Roether
Jeffrey L. Roether
N.C. State Bar. No. 48229
jroether@morningstarlawgroup.com
700 W. Main St.
Durham, NC 27701
Telephone: (919) 590-0368
Facsimile: (919) 882-8890