IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-cv-00255-M-BM

| | |
|---|---|
| AVI & CO NY CORP,<br><br>Plaintiff,<br><br>v.<br><br>CHANNELADVISOR CORPORATION,<br><br>Defendant. | **CERTIFICATE OF FILING OF NOTICE OF REMOVAL** |

Defendant ChannelAdvisor Corporation, by and through its undersigned counsel and pursuant to Local Civil Rule 5.3(a)(2), hereby certifies that on the 15th day of December, 2022, Defendant filed a Notice of Removal in the Supreme Court of the State of New York, County of New York. A true and correct copy of that Notice of Removal (without its exhibits) is attached hereto as Exhibit A.

*[Signature Page Follows]*

This the 25th day of May, 2023.

                    MORNINGSTAR LAW GROUP

                    /s/ Jeffrey L. Roether
                    Jeffrey L. Roether
                    N.C. State Bar. No. 48229
                    jroether@morningstarlawgroup.com
                    700 W. Main St.
                    Durham, NC  27701
                    Telephone: (919) 590-0368
                    Facsimile:  (919) 882-8890

                    Shannon R. Joseph
                    N.C. State Bar No. 22144
                    sjoseph@morningstarlawgroup.com
                    421 Fayetteville St., Suite 530
                    Raleigh, NC  27601
                    Telephone: (919) 590-0360
                    Facsimile:  (919) 882-8890

                    *Attorneys for ChannelAdvisor Corporation*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Certificate of Filing of Notice of Removal was this day served by depositing it in the United States mail, first class, postage pre-paid, addressed to the following counsel of record:

Emanuel Kataev
Milman Labuda Law Group PLLC
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
emanuel@mllaborlaw.com

*Attorney for the Plaintiff*

This the 25th day of May, 2023.

    MORNINGSTAR LAW GROUP

    /s/ Jeffrey L. Roether
    Jeffrey L. Roether
    N.C. State Bar. No. 48229
    jroether@morningstarlawgroup.com
    700 W. Main St.
    Durham, NC 27701
    Telephone: (919) 590-0368
    Facsimile: (919) 882-8890