SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

AVI & CO NY CORP.,

    Plaintiff,

v.

CHANNELADVISOR CORPORATION,

    Defendant.

Index No: 654396/2022

**NOTICE OF REMOVAL**

    PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, on December 15, 2022, a Notice of Removal (with attachments thereto) of the above-captioned action was filed by Defendant ChannelAdvisor Corporation ("Defendant") in the United States District Court for the Southern District of New York. A copy of said Notice of Removal is attached hereto as Exhibit 1.

    Pursuant to 28 U.S.C. § 1446(d), the filing of the Notice of Removal in the United States District Court, combined with written notice of the same, which is being delivered to the Supreme Court of New York, New York County and to all adverse parties, effects the removal of this action, and the Supreme Court of New York, New York County may proceed no further unless and until this case is remanded from the Federal Court.

[Signature page follows]



This the 15 day of December, 2022.

                          KOSTELANETZ LLP

By: *[signature]*

Claude M. Millman
Seven World Trade Center, 34th Floor
New York, NY 10007
212-808-8100
cmillman@kflaw.com

MORNINGSTAR LAW GROUP

*[signature]*

Jeffrey L. Roether
jroether@morningstarlawgroup.com
700 West Main St.
Durham, NC 27701
Telephone: (919) 590-0368
Facsimile: (919) 882-8890

*Attorneys for ChannelAdvisor Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Removal was this day served on counsel for Plaintiff by e-mail and by depositing a copy thereof in the United States mail, first class, postage pre-paid, addressed to the following counsel of record:

> Emanuel Kataev, Esq.
> Milman Labuda Law Group PLLC
> 3000 Marcus Avenue, Suite 3W8
> Lake Success, NY 11042-1073
> emanuel@mllaborlaw.com
>
> *Attorney for Plaintiff*

This the 15th day of December, 2022.

MORNINGSTAR LAW GROUP

_____
Jeffrey L. Roether