UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-255-M

| | |
|---|---|
| AVI & CO NY CORP.,<br><br>        Plaintiff,<br><br>v.<br><br>CHANNELADVISOR CORPORATION,<br><br>        Defendant. | **NOTICE OF APPEARANCE** |

Alex C. Dale, Esq. of the law firm of Ward and Smith, P.A. hereby provides notice that he is entering an appearance as Local Civil Rule 83.1(d) Counsel on behalf of Plaintiff Avi & Co NY Corp.

Respectfully submitted, this the 8th of September, 2023.

>*/s/ Alex C. Dale*
>Alexander C. Dale
>N.C. State Bar I.D. No.: 28191
>email: acd@wardandsmith.com
>Ward and Smith, P.A.
>Post Office Box 7068
>Wilmington, NC 28406-7068
>Telephone: 910.794.4800
>Facsimile: 910.794.4877
>*Local Civil Rule 83.1(d) Counsel for*
>   *Plaintiff Avi & Co NY Corp.*