UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-255-M

| | |
|---|---|
| AVI & CO NY CORP.,<br><br>          Plaintiff,<br><br>v.<br><br>CHANNELADVISOR CORPORATION,<br><br>          Defendant. | **CERTIFICATE OF SERVICE** |

    In response to this Court's September 7, 2023, order (D.E. 39), counsel for Plaintiff certifies that a copy of that order has been served upon Plaintiff Avi & Co NY Corp. by Emanuel Kataev, Esq., on September 10, 2023, by depositing a copy of same in the United States certified mail, postage prepaid. *See* Ex. 1.

    Counsel served Plaintiff by service on its President, Avi Hiaeve. As shown in the attached certified mail receipt, counsel served Plaintiff at its principal place of business: 15 West 47th Street, Suite 200, New York, NY 10036-0028.

    Pursuant to Rule 11 of the Federal Rules of Civil Procedure and Local Civil Rule 11.1, counsel certifies that the foregoing is true and correct.

    Respectfully submitted, this the 11th of September, 2023.

                                                */s/ Chris Edwards, Esq.*
                                                Alexander C. Dale, Esq.
                                                N.C. State Bar I.D. No.:  28191
                                                email: acd@wardandsmith.com
                                                Christopher S. Edwards, Esq.
                                                N.C. State Bar I.D. No.:  48385
                                                email: csedwards@wardandsmith.com
                                                Ward and Smith, P.A.
                                                Post Office Box 7068

Wilmington, NC  28406-7068
Telephone:  910.794.4800
Facsimile:  910.794.4877

*Local Civil Rule 83.1(d) Counsel for Plaintiff
  Avi & Co NY Corp.*

*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
N.Y. State Bar I.D. No.: 5154588
*Notice of Special Appearance forthcoming*
email: emanuel@mllaborlaw.com
Milman Labuda Law Group PLLC
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
Telephone: (516) 328-8899
Facsimile: (516) 328-0082

*Counsel for Plaintiff Avi & Co NY Corp.*