IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-255-M-BM

| | |
|---|---|
| AVI & CO. NY CORP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CHANNELADVISOR CORPORATION, ) | |
| ) | |
| Defendant. ) | |

This matter comes before the court of its own initiative to: (1) address the status of plaintiff's New York counsel under the local rules of this court; (2) lift the stay created by its previous order [DE-39]; and (3) to direct counsel for plaintiff to confer with counsel for defendant and then file the relevant report(s).

Following transfer of this case to this district from the Southern District of New York, on May 5, 2023 [DE-30], counsel for plaintiff did not enter a notice of appearance in accordance with Local Civil Rule 83.1(e). On September 7, 2023, this court issued an order instructing counsel for plaintiff ("plaintiff's New York counsel") to file either: "(a) a motion to withdraw in conformance with Local Civil Rules 5.2 and 5.3[;] . . . or (b) a notice of appearance, or [a notice of substitution of attorney]." [DE-39] at 3-4. On September 8, 2023, two members of the North Carolina State Bar filed notices of appearance, pursuant to Local Civil Rule 83.1(d), on behalf of the plaintiff ("plaintiff's North Carolina local counsel"). [DE-40; -41]. However, as of the date of this order, plaintiff's New York counsel has still not filed either: "(a) a motion to withdraw in conformance with Local Civil Rules 5.2 and 5.3[;] . . . or (b) a notice of appearance, or [a notice of substitution of attorney]." [DE-39] at 3-4. Subsequent to this court's order [DE-39] and the notices of appearance of plaintiff's North Carolina local counsel [DE-40; -41], plaintiff's New York counsel

cosigned, with one of plaintiff's North Carolina local counsel, an answer filed with this court [DE-42], ostensibly indicating the intention of plaintiff's New York counsel to continue his representation of plaintiff in the current matter.

Based upon the foregoing, the court LIFTS the stay of the deadlines in this matter and ORDERS:

(1) plaintiff's New York counsel to file, within 7 days of the date of this order, either: (a) a motion to withdraw in conformance with Local Civil Rules 5.2 and 5.3, (b) a Notice of Special Appearance in conformance with Local Civil Rule 83.1(e),[1] or (c) a notice of substitution of attorney; and

(2) plaintiff's counsel, within 14 days of the date of this order, to confer with counsel for defendant regarding scheduling and discovery matters, and to file a joint Rule 26(f) report as set out in the court's Order for Discovery Plan [DE-36]. If counsel cannot agree on a discovery plan, the court ORDERS counsel for plaintiff and counsel for defendant to each file their respective positions accordingly.

Failure by plaintiff's counsel to fully comply with this order may result in the imposition of sanctions against plaintiff's counsel, including sanctions under Local Civil Rule 11.1, among other consequences.

SO ORDERED, this 4th day of October, 2023.

_____
Brian S. Meyers
United States Magistrate Judge

---

[1] The Notice of Special Appearance form is available on this court's website at http://www.nced.uscourts.gov/forms/Default.aspx.