UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-255-M

AVI & CO NY CORP.,

        Plaintiff,

v.

CHANNELADVISOR CORPORATION,

        Defendant.

**NOTICE OF
<u>SPECIAL APPEARANCE</u>**

    Please take notice that the undersigned Emanuel Kataev hereby enters a notice of special appearance as counsel for Plaintiff Avi & Co NY Corp. in the above-captioned case, in association with counsel, Alex C. Dale and Christopher S. Edwards of the law firm of Ward and Smith, P.A.

    I certify that I will submit any document to Alex C. Dale and Christopher S. Edwards for review prior to filing the document with the court.

    This the 11th day of October, 2023.

<u>*/s/ Emanuel Kataev, Esq.*</u>
Emanuel Kataev, Esq.
N.Y. State Bar I.D. No.: 5154588
email: emanuel@mllaborlaw.com
Milman Labuda Law Group PLLC
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
Telephone: (516) 328-8899
Direct Dial: (516) 303-1395
Facsimile: (516) 328-0082

*Counsel for Plaintiff Avi & Co NY Corp.*

*/s/ Chris Edwards, Esq.*
Alexander C. Dale, Esq.
N.C. State Bar I.D. No.: 28191
email: acd@wardandsmith.com
Christopher S. Edwards, Esq.
N.C. State Bar I.D. No.: 48385
email: csedwards@wardandsmith.com
Ward and Smith, P.A.
Post Office Box 7068
Wilmington, NC 28406-7068
Telephone: 910.794.4800
Facsimile: 910.794.4877

*Local Civil Rule 83.1(d) Counsel for Plaintiff Avi & Co NY Corp.*

231519-00001
ND:4879-7207-9494, v. 1