IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-255-M-BM

| | |
|---|---|
| AVI & CO. NY CORP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CHANNELADVISOR CORPORATION, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court regarding the joint Rule 26(f) Report submitted by the parties. [DE-46]. In the Rule 26(f) Report, defendant requests that discovery in this matter be stayed pending the court's ruling on the defendant's motion to dismiss [DE-17], and plaintiff provides that it does not object to this request. Upon consideration of the Rule 26(f) Report submitted by the parties, for good cause shown for the reasons stated in the Rule 26(f) Report, defendant's unopposed request to stay discovery is GRANTED.

IT IS THEREFORE ORDERED that all discovery in this civil action is STAYED until such time as the court resolves defendant's motion to dismiss [DE-17]. It is further ordered that within 14 days of the court's ruling on defendant's motion to dismiss [DE-17], counsel for both plaintiff and defendant shall confer regarding further scheduling and discovery matters, and shall file a joint status report, or revised Rule 26(f) report, advising the court of the parties' position(s) with regard to the same.

SO ORDERED, this 19th day of October, 2023.

_____
Brian S. Meyers
United States Magistrate Judge