IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-255-M-BM

| | |
|---|---|
| AVI & CO. NY CORP,<br><br>    Plaintiff,<br>v.<br><br>CHANNELADVISOR CORPORATION,<br><br>    Defendant. | SUPPLEMENTAL CORPORATE<br>DISCLOSURE STATEMENT |

Pursuant to Rule 7.1(b) of the Federal Rules of Civil Procedure, Rithium Corporation (formerly known as ChannelAdvisor Corporation) ("Defendant") states, through counsel, that (i) Rithium Corporation is a Delaware corporation with its principal place of business in Georgia; and (ii) there is no other individual or entity whose citizenship is attributed to Rithium Corporation. Rithium Corporation has a parent corporation, Rithium Holdings, Inc. (formerly known as CommerceHub, Inc.), but its citizenship is not attributed to Rithium Corporation.

Respectfully submitted, this the 28th day of May, 2024.

                          MORNINGSTAR LAW GROUP
                          */s/ Jeffrey L. Roether*
                          Shannon R. Joseph
                          N.C. State Bar No. 22144
                          sjoseph@morningstarlawgroup.com
                          434 Fayetteville St., Suite 2200
                          Raleigh, NC 27601
                          Telephone: (919) 590-0360
                          Facsimile: (919) 882-8890

                          Jeffrey L. Roether
                          N.C. State Bar. No. 48229
                          jroether@morningstarlawgroup.com
                          700 West Main St.
                          Durham, NC 27701
                          Telephone: (919) 590-0368
                          Facsimile: (919) 882-8890

*Attorneys for Rithium Corporation (f/k/a ChannelAdvisor Corporation)*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was this day served by filing the document electronically via the CM/ECF system which will send notification of such filing to all counsel of record

This the 28th day of May, 2024.

                                               MORNINGSTAR LAW GROUP
                                               */s/ Jeffrey L. Roether*
                                               *Attorneys for Rithium Corporation (f/k/a ChannelAdvisor Corporation)*