UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-255-M

AVI & CO NY CORP.,

          Plaintiff,

v.

CHANNELADVISOR CORPORATION,

          Defendant.

**NOTICE OF
CHANGE OF ADDRESS**

Please take notice that Emanuel Kataev, counsel of record for Plaintiff Avi & Co NY Corp., is now with the law firm Hart Law PLLC.

The undersigned respectfully requests that the docket be updated to reflect his new contact information below and that all futue pleadings, notices and communications be served upon the undersigned at the below address:

Emanuel Kataev, Esq., *Of Counsel*
Hart Law PLLC
546 Fifth Avenue, 6th Floor
New York, NY 10036
Email:  emanuel@sagelegal.nyc
Telephone: (212) 704-4272
Cellular: (917) 807-7819
Facsimile: (212) 504-0802

Respectfully submitted, this the 7th of November, 2025.

/s/ *Emanuel Kataev, Esq.*
Emanuel Kataev, Esq., *Of Counsel*
N.Y. State Bar I.D. No.: 5154588
Email: emanuel@sagelegal.nyc
Hart Law PLLC
546 Fifth Avenue, 6th Floor
New York, NY 10036-5000
Telephone: (212) 704-4272
Cellular: (917) 807-7819
Facsimile: (718) 489-4155
*Counsel for Plaintiff Avi & Co NY Corp.*


/s/ *Chris Edwards*
Alexander C. Dale
N.C. State Bar I.D. No.: 28191
email: acd@wardandsmith.com
Christopher S. Edwards
N.C. State Bar I.D. No.: 48385
email: csedwards@wardandsmith.com
Ward and Smith, P.A.
Post Office Box 7068
Wilmington, NC 28406-7068
Telephone: 910.794.4800
Facsimile: 910.794.4877
*Local Civil Rule 83.1(d) Counsel for*
    *Plaintiff Avi & Co NY Corp.*

2