UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-255-M

AVI & CO NY CORP.,

Plaintiff,

v.

CHANNELADVISOR CORPORATION,

Defendant.

**PLAINTIFF'S CONSENT MOTION
TO AMEND THE COMPLAINT**

Plaintiff Avi & Co NY Corp. (hereinafter "Avi & Co" or "Plaintiff") respectfully moves this Court pursuant to Rule 15 of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule") for leave to file an amended complaint to correct the Defendant's name. In support, Plaintiff respectuflly submits as follows:

1. On January 31, 2023, Plaintiff filed the complaint in this case. See ECF Docket Entry 12.

2. That complaint names the Defendant as "ChannelAdvisor Corporation." Id.

3. On May 28, 2024, the Defendant filed a Supplemental Corporate Disclosure Statement disclosing that Rithum Corporation is formerly known as ChannelAdvisor. See ECF Docket Entry 48.

4. Plaintiff therefore seeks leave to amend the complaint to name the proper Defendant.

5. Notably, this Court entered a scheduling Order on April 8, 2026, which provides, *inter alia*, motions to amend pleadings must be made promptly, and in no event later than April 15, 2026. See ECF Docket Entry 56.

6. This motion is thus timely filed.

7. Rule 15 provides that leave to amend shall be freely granted.

8. Further, Defendant consents to Plaintiff's request for relief in this motion.

9. Consistent with Local Civil Rule 15.1, a copy of the amended pleading and a separate document outlining the changes to the amended pleading in redline are attached hereto as **Exhibits "A" and "B."**

10. Given that no allegations have been changed, Plaintiff seeks only to correct the Defendant's name, and Defendant consents, Plaintiff respectfully requests that this Court freely grant leave to so amend the pleadings.

Respectfully submitted, this the 15th of April, 2026.

> */s/ Emanuel Kataev, Esq.*
> Emanuel Kataev, Esq., *Of Counsel*
> N.Y. State Bar I.D. No.: 5154588
> Email:  emanuel@sagelegal.nyc
> Hart Law PLLC
> 546 Fifth Avenue, 6th Floor
> New York, NY 10036-5000
> Telephone: (212) 704-4272
> Cellular: (917) 807-7819
> Facsimile: (718) 489-4155
> *Counsel for Plaintiff Avi & Co NY Corp.*
>
> *Local Civil Rule 83.1(d) Counsel for*
> *   Plaintiff Avi & Co NY Corp.*

2