# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
#### No. 5:23-CV-255-BO-BM

|  |  |  |
|---|---|---|
| AVI & CO. NY CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF DESIGNATION OF** |
| v. | ) | **MEDIATOR** |
| | ) | |
| CHANNELADVISOR CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Pursuant to Local ADR Rule 101.c(a), defendant Rithum Corporation f/k/a ChannelAdvisor Corporation, through counsel, and with the consent of Plaintiff, gives notice that the parties have conferred and have selected Alan Parry, Esq., of the law firm Parry Law, PLLC to serve as mediator in this action.

The undersigned certifies that Mr. Parry has agreed to serve as mediator. Mr. Parry will be served with a copy of this notice.

*[Signature Page Follows]*

This the 22nd day of April, 2026.

MORNINGSTAR LAW GROUP

*/s/ Shannon R. Joseph*
Shannon R. Joseph
N.C. State Bar No. 22144
sjoseph@morningstarlawgroup.com
434 Fayetteville St., Suite 2200
Raleigh, NC  27601
Telephone: (919) 590-0360
Facsimile:  (919) 882-8890

Jeffrey L. Roether
N.C. State Bar No. 48229
jroether@morningstarlawgroup.com
700 W. Main St.
Durham, NC  27701
Telephone: (919) 590-0368

*Attorneys for Defendant*

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing NOTICE OF DESIGNATION OF MEDIATOR was this day filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record, and also was served on the designated mediator by United States mail, addressed as follows:

Alan Parry, Esq.
Parry Law, PLLC
100 Europa Drive, Suite 351
Chapel Hill, NC  27517

This the 22nd day of April, 2026.

MORNINGSTAR LAW GROUP

*/s/ Shannon R. Joseph*
Shannon R. Joseph
Attorneys for Defendant

3