IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-255-BO-BM

| | | |
|---|---|---|
| AVI & CO. NY CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANT'S MOTION TO** |
| v. | ) | **COMPEL DEPOSITION AND FOR** |
| | ) | **DISCOVERY SANCTIONS** |
| CHANNELADVISOR CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Defendant Rithum Corporation (f/k/a ChannelAdvisor Corporation) ("ChannelAdvisor"), through counsel, hereby moves the Court pursuant to Rules 37(a) and 37(d) of the Federal Rules of Civil Procedure for the entry of an order for appropriate relief due to the failure of plaintiff Avi & Co. NY Corp. ("Avi") to adequately prepare a corporate representative to testify on its behalf of under Rule 30(b)(6) of the Federal Rules of Civil Procedure.

ChannelAdvisor took the deposition of Avi on 5 May 2026 following service of a notice of deposition containing 22 matters for examination. Avi failed to prepare its corporate designee (Yosef Cohen) to testify on Topics 13 and 16-22 identified in that notice. In addition, as to Topics 1-3, 5, and 10, Avi failed to prepare Mr. Cohen regarding events and circumstances that occurred after Mr. Cohen left his employment with Avi in December 2021.

If the Court is not inclined to adjust the schedule that it has established for this matter (including that all discovery be completed by today, 11 May 2026, and that dispositive motions be filed by 22 May 2026) to accommodate a continuation of the Rule 30(b)(6) deposition, then ChannelAdvisor respectfully submits that the dismissal of Avi's affirmative causes of action is warranted. Alternatively, ChannelAdvisor requests that the Court enter an Order that (i) directs Avi to submit to a new deposition through a corporate designee that is adequately prepared to testify on its behalf regarding the matters on which Mr. Cohen was not prepared to testify, including Topics 1-3, 5, 10, 13, and 16-22; (ii) awards ChannelAdvisor its reasonable attorneys' fees and expenses caused by the deficiency (including fees incurred in connection with this motion and the continued deposition), and (iii) extends the date by which ChannelAdvisor may complete the deposition and thereafter file a dispositive motion.

In support of the motion, ChannelAdvisor relies on the Declaration of Jeffrey L. Roether, Esq. and excerpts of the deposition transcript, which are being filed herewith. The undersigned made a good-faith attempt to confer with Plaintiff's counsel regarding the subject of this motion before the expiration of the discovery deadline and filing of this motion.

*[Signature Page Follows]*

2

This the 11th day of May, 2026.

MORNINGSTAR LAW GROUP

 /s/ Jeffrey L. Roether
Shannon R. Joseph
N.C. State Bar No. 22144
sjoseph@morningstarlawgroup.com
434 Fayetteville St., Suite 2200
Raleigh, NC  27601
Telephone: (919) 590-0360
Facsimile:  (919) 882-8890

Jeffrey L. Roether
N.C. State Bar No. 48229
jroether@morningstarlawgroup.com
700 W. Main St.
Durham, NC  27701
Telephone: (919) 590-0368

*Attorneys for Defendant*

3

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing MOTION TO COMPEL DEPOSITION AND FOR DISCOVERY SANCTIONS was this day was this day served by emailing it to the following counsel of record

Emanuel Kataev (emanuel@sagelegal.nyc)
Alex Dale (acd@wardandsmith.com)
Chris Edwards (csedwards@wardandsmith.com)

This the 11th day of May, 2026.

MORNINGSTAR LAW GROUP

*/s/ Jeffrey L. Roether*
Jeffrey L. Roether
Attorneys for Defendant

4