IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-255-BO-BM

AVI & CO. NY CORP.,                          )
                                             )
        Plaintiff,                           )
                                             )     **INDEX OF EXHIBITS**
v.                                           )
                                             )
CHANNELADVISOR CORPORATION,                  )
                                             )
        Defendant.                           )
                                             )
_____     )

1. Index of Exhibits

2. Declaration of Jeffrey L. Roether, Esq.

    A. Notice of Rule 30(b)(6) Deposition (served 13 April 2026)

    B. Amended Notice of Rule 30(b)(6) Deposition (served 27 April 2026)

    C. Emails from Jeffrey L. Roether, Esq. to Emanuel Kataev, Esq.

3. Excerpts from transcript of Rule 30(b)(6) of Avi & Co. NY Corp., through Yosef Cohen