UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No: 5:23-CV-255-BO-BM

AVI & CO. NY CORP.,                    )
                                       )
                    Plaintiff,         )
                                       )
        v.                             )          **ORDER**
                                       )
CHANNELADVISOR CORPORATION,            )
                                       )
                    Defendant.         )

The Court has been advised that the parties have reached a complete settlement of the

case.  In light of the settlement, the jury trial scheduled for July 1, 2026, is CANCELLED. The

parties are therefore DIRECTED to file a stipulation of dismissal signed by all parties who

appeared within thirty days of the date of this order, subject to the right of any party to provide

notice to the Court within that time that the settlement will not be consummated.  Failure to

comply with this order will result in this matter being dismissed with prejudice at the close of the

thirty-day period.

SO ORDERED, this **2 6** day of May, 2026.

_Terence Boyle_
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE