IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-255-BO-BM

| | | |
|---|---|---|
| AVI & CO. NY CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION OF DISMISSAL |
| v. | ) | WITH PREJUDICE |
| | ) | |
| CHANNELADVISOR CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Fed. R. Civ. P. 41, plaintiff Avi & Co. NY Corp. and defendant Rithum Corporation (f/k/a ChannelAdvisor Corporation) stipulate to the dismissal of all claims and counterclaims asserted in this action with prejudice. Each party shall bear its own costs and fees.

*[Remainder of Page Left Blank]*

*{Signature Page Follows]*

This the 26th day of May, 2026.

| | |
|---|---|
| HART LAW PLLC | MORNINGSTAR LAW GROUP |

*/s/ Emanuel Kataev*

Emanuel Kataev, Esq.
Of Counsel
emanuel@sagelegal.nyc
546 Fifth Avenue, 6th Floor
New York, NY 10036
*Attorneys for Plaintiff Avi & Co. NY Corp.*


*/s/ Christopher S. Edwards*

Alexander C. Dale
N.C. State Bar No. 28191
acd@wardandsmith.com
Christopher S. Edwards
N.C. State Bar No. 48385
csedwards@wardandsmith.com
Ward and Smith, P.A.
P.O. Box 7068
Wilmington, NC 28406-7068

*Local Civil Rule 83.1(d) Attorneys for Plaintiff Avi & Co. NY Corp.*

*/s/ Jeffrey L. Roether*

Shannon R. Joseph
N.C. State Bar No. 22144
sjoseph@morningstarlawgroup.com
434 Fayetteville St., Suite 2200
Raleigh, NC 27601
Telephone: (919) 590-0360
Facsimile: (919) 882-8890

Jeffrey L. Roether
N.C. State Bar No. 48229
jroether@morningstarlawgroup.com
700 W. Main St.
Durham, NC 27701
Telephone: (919) 590-0368

*Attorneys for Defendant Rithum Corporation (f/k/a ChannelAdvisor Corporation)*

2

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was this day served by emailing it to the following counsel of record

Emanuel Kataev (emanuel@sagelegal.nyc)
Alex Dale (acd@wardandsmith.com)
Chris Edwards (csedwards@wardandsmith.com)

This the 26th day of May, 2026.

MORNINGSTAR LAW GROUP


*/s/ Jeffrey L. Roether*

Jeffrey L. Roether
Attorneys for Defendant

3